# United States Bankruptcy Court
## District of Delaware

In re **Project Verte Inc.**  
Debtor(s)

Case No. **23-10101**  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned Receiver for **Project Verte Inc.**, certifies that to the best of his knowledge and information, the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

**AC Group Holdings LLC**
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**Chaluts Trust**
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**JG Group Holdings LLC**
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**JGFT LLC**
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**PGFT LLC**
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**TNJ Holdings Inc**
Attn: Jossef Kahlon
210 5th Ave.
Suite 902
New York, NY 10010

☐ None [*Check if applicable*]

Dated: January 26, 2023

*/s/ Don A. Beskrone*
**Don A. Beskrone, Esq. 4380**
Signature of Receiver for **Project Verte Inc.**
**Ashby & Geddes, P.A.**
**500 Delaware Avenue, 8th Floor**
**P.O. Box 1150**
**Wilmington, DE 19801**
**(302) 654-1888 Fax:(302) 654-2067**
**dbeskrone@ashbygeddes.com**