IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROJECT VERTE INC.,<br><br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101-LSS<br><br>Hearing Date: March 16, 2023 at 2:30 p.m. EST<br>Obj. Deadline: March 9, 2023 at 4:00 p.m. EST |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER
DIRECTING TURNOVER OF ESTATE PROPERTY**

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) COUNSEL FOR THE DEBTOR; (C) COUNSEL FOR THE RECEIVER; (D) ALL PARTIES WHO HAVE FILED A PROOF OF CLAIM AS OF THIS MOTION; AND (E) THOSE PERSONS WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that Alfred T. Giuliano, the Chapter 7 trustee (the "Trustee") for the estate of Project Verte Inc. (the "Debtor"), has filed a motion seeking the entry of an order, directing turnover of estate property (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that if you seek to object or otherwise respond to the Motion, you must file a response/objection to the Motion on or before **March 9, 2023 at 4:00 p.m.** in writing, with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19899-2323. If a copy of the Motion is not enclosed, you may obtain it by sending a written request to the Trustee's proposed counsel at the address listed on the following page.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response/objection upon the Trustee's proposed counsel:

| | |
|---|---|
| Seth A. Niederman, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE  19899-2323 | Michael G. Menkowitz, Esquire<br>Jesse M. Harris, Esquire<br>Fox Rothschild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA  19103-3222 |

143077365.1

**A HEARING IS SCHEDULED FOR <u>MARCH 16, 2023 AT 2:30 P.M.</u>**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19899-2323
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
(215) 299-2864/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Proposed Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estate of Project Verte Inc.

Dated:  February 24, 2023

143077365.1