**EXHIBIT B**

Case 23-10101-LSS    Doc 35-2    Filed 02/28/23    Page 1 of 2

|  | Feb-23 | Mar-23 | Apr-23 | May-23 |  | Total |
|---|---|---|---|---|---|---|
| **Revenue** |  |  |  |  |  |  |
| **Expenses** | ($413,687) | ($364,215) | ($364,215) | ($364,215) |  | ($1,506,333) |
| **Net** | ($413,687) | ($364,215) | ($364,215) | ($364,215) |  | ($1,506,333) |

*As clients contract w/ Warehouse, Revenue will be added accordingly

| Client TBD 1 |
| Client TBD 2 |
| Client TBD 3 |
| Client TBD 4 |

| **Expenses** | Feb-23 | Mar-23 | Apr-23 | May-23 |  | Total |
|---|---|---|---|---|---|---|
| **Commercial Insurance\* *Estimates waiting on quotes*** | **$12,400** | **$12,400** | **$12,400** | **$12,400** |  | **$49,600** |
| Commercial Insurance | **$2,250** | **$2,250** | **$2,250** | **$2,250** |  | $9,000 |
| Cyber Insurance |  |  |  |  |  | $0 |
| Workers' compensation Insurance | **$2,250** | **$2,250** | **$2,250** | **$2,250** |  | $9,000 |
| Warehouse Liability | **$7,900** | **$7,900** | **$7,900** | **$7,900** |  | $31,600 |
| **Software and Internet Expenses** | **$2,250** | **$2,250** | **$2,250** | **$2,250** |  | **$9,000** |
| GSuite (Estimated w/ reduced licenses) | $1,500 | $1,500 | $1,500 | $1,500 |  | $6,000 |
| MSOffice License (Estimated w/ reduced licenses) | $500 | $500 | $500 | $500 |  | $2,000 |
| QuickBooks   (Estimated w/ reduced licenses) | $250 | $250 | $250 | $250 |  | $1,000 |
| **Taxes & Licenses** | **$3,618** | **$3,618** | **$3,618** | **$3,618** |  | **$14,474** |
| Henry County | $808 | $808 | $808 | $808 |  | $3,230 |
| GA Tax | $669 | $669 | $669 | $669 |  | $2,675 |
| Property Tax | $2,142 | $2,142 | $2,142 | $2,142 |  | $8,568 |
| **Payroll** | **$48,861** | **$46,485** | **$46,485** | **$46,485** |  | **$188,316** |
| Warehouse Payroll | $31,581 | $29,205 | $29,205 | $29,205 |  | $119,196 |
| Security | $5,280 | $5,280 | $5,280 | $5,280 |  | $21,120 |
| Blue Cross\* *Estimate waiting on quote* | $12,000 | $12,000 | $12,000 | $12,000 |  | $48,000 |
| Consultant(s)\* *Estimate subject to lender agreement* | $28,000 | $27,000 | $24,000 | $20,000 |  | $99,000 |
| **Rent** | **$281,175** | **$275,172** | **$275,172** | **$275,172** |  | **$1,106,691** |
| Base Rent | $202,547 | $202,547 | $202,547 | $202,547 |  | $810,188 |
| CAM | $22,278 | $22,278 | $22,278 | $22,278 |  | $89,112 |
| Late Fee | $6,003 | - | - | - |  | $6,003 |
| Insurance | $6,517 | $6,517 | $6,517 | $6,517 |  | $26,068 |
| Management Fee | $5,396 | $5,396 | $5,396 | $5,396 |  | $21,584 |
| Property Taxes | $38,434 | $38,434 | $38,434 | $38,434 |  | $153,736 |
| **Other Expenses** | **$45,483** | **$4,390** | **$4,390** | **$4,390** |  | **$58,653** |
| Georgia Waste Systems Inc | $3,500 | $3,500 | $3,500 | $3,500 |  | $14,000 |
| AT&T Internet | $890 | $890 | $890 | $890 |  | $3,560 |
| 401(k)\* *Estimate subject to lender agreement* | $41,093 | - | - | - |  | $41,093 |
| Contingency\* *Estimate subject to lender agreement* | $15,000 | $15,000 | $15,000 | $15,000 |  | $60,000 |
| **Utilities** | **$19,400** | **$19,400** | **$19,400** | **$19,400** |  | **$77,600** |
| City of McDonough (Water, Trash) | $400 | $400 | $400 | $400 |  | $1,600 |
| Natural Gas | $4,000 | $4,000 | $4,000 | $4,000 |  | $16,000 |
| Georgia Power | $15,000 | $15,000 | $15,000 | $15,000 |  | $60,000 |
| **Bank Fees** | **$500** | **$500** | **$500** | **$500** |  | **$2,000** |
| Signature Bank | $500 | $500 | $500 | $500 |  | $2,000 |
| **Referral Fees** | **$0** | **$0** | **$0** | **$0** |  | **$0** |
| **Total Expenses** | **$413,687** | **$364,215** | **$364,215** | **$364,215** |  | **$1,506,333** |