**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| PROJECT VERTE INC., | Case No. 23-10101-LSS |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MARCH 7, 2023 AT 2:00 P.M. EASTERN TIME**

**MATTERS GOING FORWARD**

1. Chapter 7 Trustee's Motion for Order (A) Authorizing the Trustee to Obtain Postpetition Financing and to Grant Superpriority Liens Pursuant to 11 U.S.C. Sections 105(A) and 364(D); and (B) Approving Settlement Agreement by and among the Chapter 7 Trustee and AJ Group Creditors Pursuant to Rule 9019 [Docket No. 35 ; Filed February 28, 2023]

    A. Chapter 7 Trustee's Motion for Order Shortening Time Period And Limiting Notice For The Hearing on The Motion for Order (A) Authorizing the Trustee to Obtain Postpetition Financing and to Grant Superpriority Liens Pursuant to 11 U.S.C. Sections 105(A) and 364(D); and (B) Approving Settlement Agreement by and among the Chapter 7 Trustee and AJ Group Creditors Pursuant to Rule 9019 [Docket No. 36; filed on February 28 2023]

    B. Order Regarding Motion to Shorten Time Period And Limit Notice For The Hearing on Chapter 7 Trustee's Motion for Order (A) Authorizing the Trustee to Obtain Postpetition Financing and to Grant Superpriority Liens Pursuant to 11 U.S.C. Sections 105(A) and 364(D); and (B) Approving Settlement Agreement by and among the Chapter 7 Trustee and AJ Group Creditors Pursuant to Rule 9019 [Docket No. 39; signed on March 1, 2023]

    C. Certificate of Service Regarding Chapter 7 Trustee's Motion for Order (A) Authorizing the Trustee to Obtain Postpetition Financing and to Grant Superpriority Liens and (B) Approving Settlement Agreement by and among the Chapter 7 Trustee and AJ Group Creditors and the Order approving the Expedited Motion [Docket No. 42; Filed on March 2, 2023]

Agenda for Hearing on March 7, 2023 at 2:00 p.m. (Eastern Time.
The Honorable Laurie Selber Silverstein, Chief Judge
Page 2

Dated: March 3, 2023
      Wilmington, DE

                        Respectfully submitted,

                        **FOX ROTHSCHILD LLP**

                        By: _/s/ Seth A. Niederman_
                        Seth A. Niederman, Esquire
                        Delaware Bar No. 4588
                        919 North Market Street, Suite 300
                        P.O. Box 2323
                        Wilmington, DE 19899-2323
                        Phone (302) 654-7444/Fax (302) 656-8920
                        sniederman@foxrothschild.com

                                  -and-

                        Michael G. Menkowitz, Esquire
                        Jesse M. Harris, Esquire
                        2000 Market Street, 20th Floor
                        Philadelphia, PA  19103-3222
                        Phone (215) 299-2000/Fax (215) 299-2150
                        mmenkowitz@foxrothschild.com
                        jesseharris@foxrothschild.com

                        *Proposed Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the estate of Project Verte Inc.*

143288517.2

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on March 3, 2023.

Dated:  March 3, 2023

                                                */s/ Seth A. Niederman*
                                                Seth A. Niederman (DE Bar No. 4588)