# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| PROJECT VERTE INC., | Case No. 23-10101 (LSS) |
| Debtor. |  |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Jossef Kahlon and TNJ Holdings Inc. and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Michael Paul Bowen<br>Kurt A. Mayr<br>Shai Schmidt<br>Margaret J. Lovric<br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>Email:  mbowen@glennagre.com<br>           kmayr@glennagre.com<br>           sschmidt@glennagre.com<br>           mlovric@glennagre.com | Amanda R. Steele (No. 5530)<br>David T. Queroli (No. 6318)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email: steele@rlf.com<br>           queroli@rlf.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

RLF1 28688792v.1

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Jossef Kahlon and TNJ Holdings Inc. to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Jossef Kahlon and TNJ Holdings Inc.'s right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Jossef Kahlon and TNJ Holdings Inc.'s right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Jossef Kahlon and TNJ Holdings Inc.'s right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Jossef Kahlon and TNJ Holdings Inc. are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Jossef Kahlon and TNJ Holdings Inc. expressly reserve.

Dated: March 8, 2023
    Wilmington, Delaware

/s/ *Amanda R. Steele*
Amanda R. Steele (No. 5530)
David T. Queroli (No. 6318)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: steele@rlf.com
      queroli@rlf.com

-and-

Michael Paul Bowen (*pro hac vice* forthcoming)
Kurt A. Mayr (*pro hac vice* forthcoming)
Shai Schmidt (*pro hac vice* forthcoming)
Margaret J. Lovric (*pro hac vice* forthcoming)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: mbowen@glennagre.com
     kmayr@glennagre.com
     sschmidt@glennagre.com
     mlovric@glennagre.com

*Counsel to Jossef Kahlon and TNJ Holdings Inc.*