# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROJECT VERTE INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101-LSS |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED
### FOR HEARING ON MARCH 16, 2023 AT 2:30 P.M. EASTERN TIME

> **THIS HEARING WILL BE CONDUCTED IN-PERSON. ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS.**
>
> **PARTIES MAY OBSERVE THE HEARING REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN MARCH 16, 2023 AT 8:00 A.M.**
>
> **[TO BE PROVIDED]**
>
> **AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

### MATTERS UNDER CNO/COC

1. Motion for Order Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Alfred T. Giuliano, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, *Nunc Pro Tunc* to January 27, 2023 [Docket No. 22; Filed February 15, 2023]

    Response Deadline:   March 2, 2023 at 4:00 p.m.

    Responses Received:   None

    Related Documents:

    A. Proposed Order Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Alfred T. Giuliano, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, *Nunc Pro Tunc* to January 27, 2023 [Docket No. 22- 3; Filed February 15, 2023]

Agenda for Hearing on March 16, 2023 at 2:30 p.m. (Eastern Time.
The Honorable Laurie Selber Silverstein, Chief Judge
Page 2

      B.    Certification of No Objection [Docket No. 58; Filed March 8, 2023]

    Status:    A Certification of No Objection has been filed.

2. Motion for Order Authorizing the Retention and Employment of Giuliano Miller & Company, LLC as Accountant and Financial Advisor for Alfred T. Giuliano, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, *Nunc Pro Tunc* to January 27, 2023 [Docket No. 23; Filed February 15, 2023]

    Response Deadline:    March 2, 2023 at 4:00 p.m.

    Responses Received:    None

    Related Documents:

      A.    Proposed Order Authorizing the Retention and Employment of Giuliano Miller & Company, LLC as Accountant and Financial Advisor for Alfred T. Giuliano Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, *Nunc Pro Tunc* to January 27, 2023 [Docket No. 22- 3; Filed February 15, 2023]

      B.    Certification of No Objection [Docket No. 61; Filed March 8, 2023]

    Status:    A Certification of No Objection has been filed.

3. Motion for Entry of Order Directing Turnover of Estate Property [Docket No. 30-2; Filed February 24, 2023]

    Response Deadline:    March 9, 2023 at 4:00 p.m.

    Responses Received:    None

    Related Documents:

      A.    Certification of Counsel [Docket No. 68; Filed March 13, 2023]

      B.    Revised Proposed Form of Order [Docket No. 68- 1; Filed March 13, 2023]

Error! Unknown document property name.

Agenda for Hearing on March 16, 2023 at 2:30 p.m. (Eastern Time.
The Honorable Laurie Selber Silverstein, Chief Judge
Page 2

        Status:        A Certification of Counsel has been filed.

Dated: March 14, 2023
       Wilmington, DE

        Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ *Seth A. Niederman*
Seth A. Niederman, Esquire
Delaware Bar No. 4588
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

    -and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Proposed Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the estate of Project Verte Inc.*

**Error! Unknown document property name.**

**CERTIFICATE OF SERVICE**

    I, Seth A. Niederman, hereby certify that the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on March 14, 2023.

Dated:  March 14, 2023

                                                  */s/ Seth A. Niederman*
                                                  Seth A. Niederman (DE Bar No. 4588)