**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| PROJECT VERTE INC., | Case No. 23-10101(LSS) |
| Debtor. | |

## NOTICE OF SERVICE

Please take notice that true and correct copies of the *Trustee's Responses and Objections to the First Request for Production of Documents from Jossef Kahlon and TNJ Holdings, Inc. to Trustee, together with a file containing Documents Bates Stamped Trustee 0001-Trustee 0334*, were served on March 17, 2023 by electronic service upon the following individuals:

> Avelino A. Garcia, Esquire
> Glenn Agre Bergman & Fuentes
> 1185 Avenue of the Americas, 22nd floor
> New York, NY 10036
> Email: AGarcia@glennagre.com
>
> Kurt Mayr, Esquire
> Glenn Agre Bergman & Fuentes
> 1185 Avenue of the Americas, 22nd floor
> New York, NY 10036
> Email: kmayr@glennagre.com
>
> Michael Paul Bowen, Esquire
> Glenn Agre Bergman & Fuentes
> 1185 Avenue of the Americas, 22nd floor
> New York, NY 10036
> Email: mbowen@glennagre.com
>
> Shai Schmidt, Esquire
> Glenn Agre Bergman & Fuentes
> 1185 Avenue of the Americas, 22nd floor
> New York, NY 10036
> Email: sschmidt@glennagre.com

143819617.1

Maggie Lovric, Esquire
Glenn Agre Bergman & Fuentes
1185 Avenue of the Americas, 22nd floor
New York, NY 10036
Email: mlovric@glennagre.com

Amanda R. Steele, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: steele@rlf.com

David T. Queroli, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: queroli@rlf.com

Rudolf Koch, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: koch@rlf.com

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman(DE No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE 19801
(302) 654-7444
sniederman@foxrothschild.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

Dated: March 20, 2023

143819617.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, the foregoing Notice of Service was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, and in the manner indicated on the attached service list.

/s/ Seth A. Niederman
Seth A. Niederman (DE No. 4588)

**SERVICE LIST (all via E-mail)**

Avelino A. Garcia, Esquire
Glenn Agre Bergman & Fuentes
1185 Avenue of the Americas, 22nd floor
New York, NY 10036
Email: AGarcia@glennagre.com

Kurt Mayr, Esquire
Glenn Agre Bergman & Fuentes
1185 Avenue of the Americas, 22nd floor
New York, NY 10036
Email: kmayr@glennagre.com

Michael Paul Bowen, Esquire
Glenn Agre Bergman & Fuentes
1185 Avenue of the Americas, 22nd floor
New York, NY 10036
Email: mbowen@glennagre.com

Shai Schmidt, Esquire
Glenn Agre Bergman & Fuentes
1185 Avenue of the Americas, 22nd floor
New York, NY 10036
Email: sschmidt@glennagre.com

Maggie Lovric, Esquire
Glenn Agre Bergman & Fuentes
1185 Avenue of the Americas, 22nd floor
New York, NY 10036
Email: mlovric@glennagre.com

Amanda R. Steele, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: steele@rlf.com

David T. Queroli, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: queroli@rlf.com

Rudolf Koch, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: koch@rlf.com

143819617.1