# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 03/21/2023 |
| Case: 23−10101−LSS | Form ID: van043 | Total: 348 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
17670437   DWIGHT DOUG SMITH
17670510   JULIAN KAHLON
17670543   MICHAEL RICE
17670545   MIKE WELLS
17670577   PRAMOD KUMAR K
17670652   TRIPACTIONS, INC.
17670676   YAFIT LEV−ARTETZ
                                                                                                TOTAL: 7

**Recipients of Notice of Electronic Filing:**
ust         U.S. Trustee          USTPRegion03.WL.ECF@USDOJ.GOV
aty         Jesse M. Harris       jesseharris@foxrothschild.com
aty         Michael David DeBaecke        mdebaecke@ashbygeddes.com
aty         Michael G. Menkowitz          mmenkowitz@foxrothschild.com
aty         Seth A. Niederman             sniederman@foxrothschild.com
                                                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Project Verte Inc.       Jane Gol, Pres of Project Verte Inc.     c/o Continental Ventures     641 Lexington Avenue 24th Flr      New York, NY 10022
tr          Alfred T. Giuliano       Giuliano Miller & Co., LLC      2301 E. Evesham Road      Pavillion 800, Suite 210      Voorhees, NJ 08043
17670481    18 W. 18TH STREET       NEW YORK, NY 10011
17670353    6 RIVER SYSTEM, LLC      ATTN: JOHN EVANS AND DREW GENTILE      307 WAVERLEY OAKS ROAD      No. 405      WALTHAM, MA 02452
17670356    6 RIVER SYSTEMS      ATTN: DREW GENTILE      271 WAVERLEY OAKS RD.      SUITE 400      WALTHAM, MA 02452
17670359    A−1 QUALITY LOGISTICAL SOLUTIONS LLC      ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL      3055 BLUE ROCK ROAD      CINCINNATI, OH 45239
17670365    AC GROUP HOLDINGS LLC      C/O BLANK ROME LLP      ATTN: DAVID DOREY AND STANLEY TARR      1201 N. MARKET STREET      SUITE 800      WILMINGTON, DE 19801
17670362    AC GROUP HOLDINGS LLC      C/O CROSS & SIMON, LLC      ATTN: MICHAEL VILD AND CHRISTOPHER SIMON      1105 N. MARKET ST.      SUITE 901      WILMINGTON, DE 19801
17670368    ACT FULFILLMENT INC.      C/O BORGES & ASSOCIATES, LLC      ATTN: WANDA BORGES      575 UNDERHILL BLVD.      SYOSSET, NY 11791
17670371    ACT FULFILLMENT, INC.      ATTN: ROBERT GJERDE      3155 UNIVERSE DRIVE      MIRA LOMA, CA 91752
17670374    ACTION LOGISTICS, INC.      ATTN: SCOTT A. GRAY      815 GREENVIEW DR.      GRAND PRAIRIE, TX 75050
17670354    ADAMS AND REESE, LLP      ATTN: MARTIN A. STERN, FIRM GEN. COUNSEL      PO BOX 2153      BIRMINGHAM, AL 35287
17670357    ADAPTURE TECHNOLOGY GROUP, LLC      ATTN: ROBERT PASTOR      5 CONCOURSE PARKWAY      SUITE 975      ATLANTA, GA 30353
17670360    ADP, INC.      ATTN: JESSICA GRAY      P.O. BOX 842875      BOSTON, MA 02284
17670363    ADVANCED RESOURCES      ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL      687 TRADE CENTER BOULEVARD      SUITE 110      CHESTERFIELD, MO 63005
17670366    AERVISION INTERNATIONAL US CORP.      ATTN: NADAV HARDUF      620 E ELLIS RD      NORTON SHORES, MI 49441
17670369    AIR TERRA, INC.      ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL      300 LENORA ST.      No. 149      SEATTLE, WA 98121
17670372    ALLIANZ TRADE      ATTN : HALIMA QAYOOM, C&C ADMIN.      800 RED BROOK BLVD.      SUITE 400C      OWINGS MILLS, MD 21117
17670375    ALLIED INTERNATIONAL CLEANING SERVICES      ATTN: MICHAEL FENTON      3635 PEACHTREE INDUSTRIAL BLVD.      SUITE 300      DULUTH, GA 30096
17670355    AMAZON WEB SERVICES, INC.      ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL      410 TERRY AVE NORTH      SEATTLE, WA 98109
17670358    APOSTHERAPY INC.      ATTN: CLIFF BLEUSTEIN, GLOBAL PRES./CEO      300 PARK AVENUE      2ND FLOOR      NEW YORK, NY 10022
17670361    APPLIED RESOURCE GROUP, LLC      ATTN: SCOTT GARY      4555 MANSELL RD.      SUITE 230      ALPHARETTA, GA 30022
17670364    ARGENTS EXPRESS GROUP      ATTN: DAVID WEIGAND, DIRECTOR      19 SHELTER COVE LANE      SUITE 206      HILTON HEAD ISLAND, SC 29928
17670367    ARMOR LOCK & SECURITY      ATTN: CEO, REGD. AGENT, OR GC      1377 CAPITAL CIRCLE      LAWRENCEVILLE, GA 30043
17670370    ARNALL GOLDEN GREGORY LLP      ATTN: ASHLEY STEINER KELLY, GC      171 17TH STREET NW      SUITE 2100      ATLANTA, GA 30363

| | | | |
|---|---|---|---|
| 17670373 | ASA FIRE PROTECTION, LLC | ATTN: CEO, REGD. AGENT, OR GC | 1121 GRASSDALE ROAD NORTHWEST    CARTERSVILLE, GA 30121 |
| 17670376 | ATLANTIC TAPE & PACKAGING | ATTN: CEO, REGD. AGENT OR GC | PO BOX 3197    PEACHTREE CITY, GA 30269 |
| 17670378 | AUCTANE LLC | 3800 N LAMAR BLVD.    SUITE 220    AUSTIN, TX 78756 | |
| 17670377 | AUCTANE LLC | ATTN: PAYAL AGARWAL AND JOHN KINNY | 4301 BULL CREEK ROAD    SUITE 300    AUSTIN, TX 78731 |
| 17670379 | AVALARA INC. | ATTN: CEO, REGD. AGENT OR GC | 255 SOUTH KING STREET    SUITE 1800    SEATTLE, WA 98104 |
| 17670380 | AXIOM STAFFING GROUP | ATTN: SANDY ROBINSON | 2475 NORTHWINDS PARKWAY    SUITE 575    ALPHARETTA, GA 30009 |
| 18080985 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001    Malvern PA 19355–0701 |
| 17670776 | ArcBest, Inc. | 3801 Old Greenwood Road    Fort Smith, AR 72901 | |
| 17670381 | B & D MACON REALTY, LLLP | ATTN: MAGGIE NI | 3500 EMPIRE BOULEVARD    ATLANTA, GA 30354 |
| 17670382 | BALL LEGAL, LLC | ATTN: SAMANTHA L. BALL, ESQ. | 4485 TENCH ROAD NE    SUITE 1511    SUWANEE, GA 30024 |
| 17670383 | BARRY ELDER | 115 SAMANTHAS WAY    MCDONOUGH, GA 30253 | |
| 17670386 | BAYARD, P.A. | ATTN: NEIL B. GLASSMAN | 600 N. KING STREET, SUITE 400    PO BOX 25130    WILMINGTON, DE 19899 |
| 17670389 | BAZILLION DREAMS, INC. | ATTN: LOU MENDITTO, OWNER | 223 COUGAR BLVD.    SUITE 404    PROVO, UT 84604 |
| 17670392 | BCD INDUSTRIES, LLC | ATTN: SHERRY ROBERTS | 60 E. JEFFERSON ST.    HOSCHTON, GA 30548 |
| 17670395 | BEHR PAINT COMPANY | ATTN: ANDRE COVENTRY, MGR, SR REG. DIR. | 130 DECLARATION DR.    MCDONOUGH, GA 30253 |
| 17670398 | BENEFIT SOLUTIONS, ETC. LIMITED | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 2312 FAR HILLS AVE.    SUITE 144    DAYTON, OH 45419 |
| 17670401 | BEST BABIE INC. | ATTN: WAYNE WANG, PRESIDENT & OWNER | 2030 MAIN STREET    SUITE 1300    IRVINE, CA 92614 |
| 17670404 | BLU SITE SOLUTIONS OF ATLANTA, INC. | BLU SITE SOLUTIONS, INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    2310 PENDLEY ROAD    CUMMING, GA 30041 |
| 17670384 | BLUE CROSS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | PO BOX 645438    CINCINNATI, OH 45264 |
| 17670387 | BOB KLUNK | 1415 TIDWELL SWITCH ROAD    DICKSON, TN 37055 | |
| 17670390 | BOEHLKE SPARRER COMMUNICATIONS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 3335 21ST STREET    SAN FRANCISCO, CA 94110 |
| 17670393 | BOOZE DOGS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 321 SCOTTISH COURT    GREENVILLE, NC 27858 |
| 17670396 | BOSPAR | ATTN : JOSEPH KRASINSKI AND CURTIS SPARR | 3335 21ST STREET    SAN FRANCISCO, CA 94110 |
| 17670399 | BRAND SPIRIT | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 101 WEST ST. JOHN STREET    SUITE 310    SPARTANBURG, SC 29306 |
| 17670402 | BRANDSTYLE COMMUNICATIONS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 228 PARK AVE S    NEW YORK, NY 10003 |
| 17670405 | BRIAN G. MCHALE | 4548 DEVONSHIRE ROAD    DUNWOODY, GA 30338 | |
| 17670385 | BRICZ DAVID STEINFELD | 4780 ASHFORD DUNWOODY RD.    SUITE A, 540/413    ATLANTA, GA 30338 | |
| 17670388 | BTX GLOBAL LOGISTICS | ATTN: MARYANN KINTNER | PO BOX 853    SHELTON, CT 06484 |
| 17670391 | BUBBLE BEAUTY INC. | ATTN: SHAI EISENMAN, CEO | |
| 17670394 | BUSINESS OFFICE ENVIRONMENTS, INC. | ATTN: CEO, REGD. AGENT, OR GC | 3424 PEACHTREE RD. NE    SUITE 125    ATLANTA, GA 30326 |
| 17670397 | CALA INC. | ATTN: BRIAN HESSLER, LOGISTICAS | |
| 17670400 | CAPITAL GUARD SECURITY | ATTN: JENNIFER GENANT | 11472 MAXWELL RD.    SUITE E    ALPHARETTA, GA 30009 |
| 17670403 | CASHMERE TALENT | ATTN: GRETCHEN BRUKSCH | 711 WARNER AVE.    LOS ANGELES, CA 90024 |
| 17670406 | CASTERDEPOT | ATTN: CEO, REGD. AGENT, OR GC | DEPT. 9014    PO BOX 30516    LANSING, MI 48909 |
| 17670407 | CENTRIC BRANDS LLC | ATTN: JOSEPH MONAHAN | 350 FIFTH AVENUE    6TH FLOOR    NEW YORK, NY 10118 |
| 17670408 | CERAMIRACLE, INC. | ATTN: DEREK BOWEN AND ADONIS BENGCO, PRE | 36 SHERWOOD ROAD    SHORT HILLS, NJ 07078 |
| 17670409 | CHALUTS TRUST | C/O BLANK ROME LLP    ATTN: DAVID DOREY AND STANLEY TARR | 1201 N. MARKET STREET    SUITE 800    WILMINGTON, DE 19801 |
| 17670410 | CHANNEL ADVISOR CORP. | ATTN: MELISSA ZMUDA | 3025 CARRINGTON MILL BLVD.    SUITE 500    MORRISVILLE, NC 27560 |
| 17670411 | CHIEF | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 13 EAST 19TH STREET    NEW YORK, NY 10003 |
| 17670412 | CINTAS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | P.O. BOX 631025    CINCINNATI, OH 45263 |
| 17670413 | CITY OF MCDONOUGH | 136 KEYS FERRY ST.    MCDONOUGH, GA 30253 | |
| 17670414 | CITY OF SANDY SPRINGS | ATTN: EDEN E. FREEMAN | 1 GALAMBOS WAY    ATLANTA, GA 30328 |
| 17670415 | CLOUDSTAFF PTY LTD. | ATTN: LEAH ADRIANO | LEVEL 11 1 MARGARET ST.    SYDNEY NSW 2000    AUSTRALIA |

| | | | |
|---|---|---|---|
| 17670416 | CODERSCLAN INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 550 S. CALIFORNIA AVE.   SUITE 1   PALO ALTO, CA 94306 |
| 17670417 | COGRI USA INC. | ATTN: CHAD HIXON | 1015 CHATTANOOGA AVENUE   DALTON, GA 30720 |
| 17670418 | COHEN & BUCKMANN PC | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 18 FAITH LANE   ARDSLEY, NY 10502 |
| 17670419 | COLLINS TRUCKING CO. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 527 ALABAMA BLVD.   JACKSON, GA 30233 |
| 17670420 | COLUMBUS FIRE & SAFETY | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 3101 SECOND AVENUE   PO BOX 791   COLUMBUS, GA 31902 |
| 17670421 | COMCAST | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | PO BOX 2127   NORCROSS, GA 30091 |
| 17670422 | CONSILIO | ATTN: TOM BURNS | 1828 L. STREET NORTHWEST   WASHINGTON, DC 20036 |
| 17670423 | CONSISTENT CONVERSION | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 68 3RD STREET   BROOKLYN, NY 11231 |
| 17670424 | CORKYY INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 1276 MONROE DRIVE NORTHEAST   ATLANTA, GA 30306 |
| 17670425 | D&S PLUMBING | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 83 PINE GROVE ROAD   LOCUST GROVE, GA 30248 |
| 17670426 | DALLAS COUNTY | PO BOX 139066 | DALLAS, TX 75313 |
| 17670427 | DASZKAL BOLTON LLP | ATTN: MR. STEVEN FRIEDMAN | 2401 NW BOCA RATON BLVD.   BOCA RATON, FL 33431 |
| 17670428 | DATACOM PROFESSIONALS INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 999 US-19 NORTH BUILDING 1   SUITE A   LEESBURG, GA 31763 |
| 17670429 | DATANET SYSTEMS, LLC | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 2146 ROSWELL RD.   SUITE 108-1005   MARIETTA, GA 30062 |
| 17670430 | DHL ECOMMERCE | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 2700 SOUTH COMMERCE PKWY.   SUITE 300   FORT LAUDERDALE, FL 33331 |
| 17670431 | DISCOVERORG | ATTN: CEO, REGD. AGENT, OR GC | 805 BROADWAY STREET   SUITE 900   VANCOUVER, WA 98660 |
| 17670432 | DONALD WATNICK | 200 W 41ST ST STE 17 | NEW YORK, NY 10036 |
| 17670433 | DRIFT.COM, INC. | ATTN: FAVID VITAL | |
| 17670434 | DSI SECURITY SERVICES | ATTN: EDDIE SORRELLS, GEN. COUNSEL | JAMES SNELL GROVE   600 WEST ADAMS STREET   DOTHAN, AL 36303 |
| 17670435 | DUKE REALTY LP | ATTN: AMY RHODES | 75 REMITTANCE DRIVE   SUITE 3205   CHICAGO, IL 60675 |
| 17670436 | DUKE SECURED FINANCING 2006, LLC | C/O DUKE REALTY CORPORATIO | ATTN: BARRY HARDY, ESQ.   1201 W PEACHTREE ST.   ATLANTA, GA 30309 |
| 17670762 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953   Wilmington, DE 19809 |
| 17670439 | EKSPERIENCE LLC | ATTN: CAMERON WEISS, GEN. COUNSEL | AND BILL EKELER, GSD COORDINATOR   11319 WINTER COTTAGE PLACE   LAS VEGAS, NV 89135 |
| 17670438 | EKSPERIENCE LLC | ATTN: CEO, REGD. AGENT, OR GC | 8024 STAFFORD CREEK CT.   LAS VEGAS, NV 89113 |
| 17670440 | ELASTIC SOLUTIONS, LLC | ATTN: JASON STEGENT | 3100 SOUTH GESSNER ROAD   SUITE 135   HOUSTON, TX 77063 |
| 17670441 | EMPIRE GLOBAL ADVISORY SERVICES, LLC | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 265 S. FEDERAL HIGHWAY   No. 340   DEERFIELD BEACH, FL 33441 |
| 17670442 | EMPLOYMENT SECURITY DEPARTMENT | WASHINGTON STATE | PO BOX 9046   OLYMPIA, WA 98507 |
| 17670443 | ERNST & YOUNG LLP | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 200 PLAZA DRIVE   SECAUCUS, NJ 07094 |
| 17670444 | ETAIL SOLUTIONS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 1400 VAN BUREN STREET NE, SUITE 200   MINNEAPOLIS, MN 55113 |
| 17670445 | EULER HERMES COLLECTIONS NORTH AMERICA | ATTN: ALAN COZZI | 800 RED BROOK BLVD.   SUITE 400C   OWINGS MILLS, MD 21117 |
| 17670446 | EXZI INC. CAP HILL BRANDS | ATTN: MICHAEL DONAHUE, OPER. MANAGER | 1037 NORTH EAST 65TH STREET   SUITE 263   SEATTLE, WA 98115 |
| 18085584 | Euler Hermes N. A. Insurance Co. as Agent for BTX | 800 Red Brook Blvd, #400C | Owings Mills, MD 21117 |
| 18085583 | Euler Hermes N. A. Insurance Co. as Agent for THE | 800 Red Brook Blvd, #400C | Owings Mills, MD 21117 |
| 17670447 | FASHINNOVATION, INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 26TH ST.   NEW YORK, NY 10001 |
| 17670448 | FAST COMPANY | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 7 WORLD TRADE CENTER   29TH FLOOR   NEW YORK, NY 10006 |
| 17670449 | FAYETTE SIGNS LLC | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 105 INDUSTRIAL WAY   SUITE C   FAYETTEVILLE, GA 30215 |
| 17670451 | FEDEX | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 3875 AIRWAYS   MODULE H3 DEPARTMENT 4634   MEMPHIS, TN 38116 |
| 17670450 | FEDEX | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | DEPT CH   PO BOX 10306   PALATINE, IL 60055 |
| 17670452 | FELIPE CABRAL GALOZZI DANTAS | RUA APINAJES, 352 | SAO PAUL, SAO PAULO 05017000   BRAZIL |
| 17670453 | FIREPRO INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 991 DERON DRIVE   LAWRENCEVILLE, GA 30044 |

| | | |
|---|---|---|
| 17670454 | FLORDIA DEPARTMENT OF REVENUE    OUT OF STATE COLLECTIONS UNIT    1415 WEST US HIGHWAY 90    SUITE 115    LAKE CITY, FL 32055 | |
| 17670455 | FREGATA LOGISTICS LTD.    ATTN: VIC BOARON, CHIEF EXECUTIVE OFFICE    SUITE 2, SDEROT CHEN 27    TEL AVIV    ISRAEL | |
| 17670456 | G2 CAPITAL ADVISORS    ATTN: MARK KONKLE, PRESIDENT    420 BOYLSTON STREET    SUITE 302    BOSTON, MA 02116 | |
| 17670457 | GDS PUBLISHING LTD.    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    53–55 BROADMEAD    BRISTOL BRISTOL BS1 3EA    UNITED KINGDOM | |
| 17670458 | GEEK LAND USA, LLC    CHANDU    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    1100 PEACHTREE STREET    SUITE 200    ATLANTA, GA 30309 | |
| 17670459 | GEEKPLUS AMERICA INC.    ATTN: RICK DEFIES    170 NORTHPOINTE PARKWAY    SUITE 300    BUFFALO, NY 14228 | |
| 17670461 | GEEKPLUS AMERICA INC.    C/O BENESCH    ATTN: JENNIFER HOOVER AND STEVEN WALSH    1313 N. MARKET ST.    SUITE 1201    WILMINGTON, DE 19801 | |
| 17670460 | GEEKPLUS AMERICA INC.    C/O NELSON MULLINS RILEY & SCARBOROUGH    ATTN: JODY BEDENBAUGH AND MICHAEL BRYAN    1320 MAIN STREET    17TH FLOOR    COLUMBIA, SC 29201 | |
| 17670462 | GEEKPLUS TECHNOLOGY CO. DBA GEEK +    ATTN: XI CHEN, VP OPERATIONS, AMERICA    2051 PALOMAR AIRPORT ROAD    No. 105    CARLSBAD, CA 92011 | |
| 17670463 | GELLERT SCALI BUSENKELL & BROWN, LLC    1201 NORTH ORANGE STREET    WILMINGTON, DE 19801 | |
| 17670464 | GEOCOM, INC.    ATTN: CEO, REGD. AGENT, OR GC    8014 CUMMING HIGHWAY    SUITE 403, BOX 334    CANTON, GA 30115 | |
| 17670465 | GEODIS LOGISTICS LLC USA    ATTN: CAROLINE DALE    7101 EXECUTIVE DRIVE    SUITE 333    BRENTWOOD, TN 37027 | |
| 17670466 | GEODIS/GEODIS LOGISTICS, LLC    ATTN: BEN BODZY    15604 COLLECTIONS CENTER DR    CHICAGO, IL 60693 | |
| 17670467 | GEORGIA NATURAL GAS    ATTN: CEO, REGD. AGENT, OR GC    PO BOX 440667    KENNESAW, GA 30160 | |
| 17670468 | GEORGIA POWER    ATTN: CEO, REGD. AGENT, OR GC    96 ANNEX    ATLANTA, GA 30396 | |
| 17670469 | GEORGIA WASTE SYSTEMS INC.    ATLANTA SOUTH HAULING    ATTN: CEO, REGD. AGENT, OR GC    PO BOX 42930    PHOENIX, AZ 85080 | |
| 17670470 | GEORGIA WASTE SYSTEMS INC.    ATTN: CEO, REGD. AGENT, OR GC    208 PREP PHILLIPS DR.    AUGUSTA, GA 30901 | |
| 17670471 | GILBERT DISPLAYS INC.    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    110 SPAGNOLI ROAD    MELVILLE, NY 11747 | |
| 17670472 | GLACCE LLC    ATTN: JULIA SCHOEN, CO–FOUNDER    1500 N VILLERE ST.    NEW ORLEANS, LA 70119 | |
| 17670473 | GLENN WILLIAMS    8119 PEGLOW ROAD    WAYLAND, NY 14572 | |
| 17670474 | GLOBAL TECHNOLOGY EXPERTS    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    2839 PACES FERRY ROAD SE    OVERLOOK II, SUITE 1160    ATLANTA, GA 30339 | |
| 17670475 | GLOBAL TRANZ    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    PO BOX 6348    SCOTTSDALE, AZ 85261 | |
| 17670476 | GOODWIN PROCTER LLP    ATTN: JORDAN D. WEISS/CHRISTINE V. SAMA    THE NEW YORK TIMES BUILDING    620 EIGHTH AVENUE    NEW YORK, NY 10018 | |
| 17670477 | GORDON COMPANIES INSURANCE SERVICES    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    150 E. 52ND STREET    SUITE 8001    NEW YORK, NY 10022 | |
| 17670478 | GPA GLOBAL    C/O WHITEFOR TAYLOR & PRESTON LLC    ATTN: DANIEL A. GRIFFITH    600 N. KING STREET    SUITE 300    WILMINGTON, DE 19801 | |
| 17670479 | GRAINGER    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    DEPT. 886981575    PO BOX 419267    KANSAS CITY, MO 64141 | |
| 17670480 | GREENHOUSE SOFTWARE, INC.    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | |
| 17670482 | GSR GLOBAL GROUP INC. DBA US 1 LOGISTICS    ATTN: KEYUR JHAVERI, CFO    1985 E. CRESCENTVILLE RD.    WEST CHESTER, OH 45069 | |
| 17670483 | HAMILTON ASSOCIATES    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    200 E. PALMETTO PARK ROAD    BOCA RATON, FL 33432 | |
| 17670484 | HENRY COUNTY DEVELOPMENT AUTHORITY    C/O MEADOWS, MACIE & MORRIS, P.C.    ATTN: ROD G. MEADOWS    125 EAGLE'S LANDING PRKWY., SUITE 122    STOCKBRIDGE, GA 30281 | |
| 17670485 | HENRY COUNTY TAX COMMISSIONER    ATTN: MICHAEL HARRIS    140 HENRY PARKWAY    MCDONOUGH, GA 30253 | |
| 17670486 | HINCKLEY ALLEN    ATTN: DAVID HIRSCH, ESQ.    AND JENNIFER DORAN, ESQ.    100 WESTMINSTER STREET    SUITE 1500    PROVIDENCE, RI 02903 | |
| 17670487 | HIRE DYNAMICS, LLC    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    1845 SATELLITE BLVD.    SUITE 800    DULUTH, GA 30097 | |
| 17670488 | HOLLEN, INC.    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    1401 SOUTH OCEAN DRIVE    HOLLYWOOD, FL 33019 | |
| 17670489 | HOME DEPOT    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    2475 NORTHWINDS PARKWAY    SUITE 575    ALPHARETTA, GA 30009 | |
| 17670490 | HOYT CLEANING SERVICE    ATTN: GEORGE RAMCHARAN    571 HIGHWAY 81 EAST    MCDONOUGH, GA 30252 | |
| 17670491 | HYDY, INC.    ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL    444 W LAKE STREET    SUITE 1700    CHICAGO, IL 60606 | |
| 17670492 | HYDY, INC. DBA 'HEYDAY'    ATTN: KARAN GANDHI, HEAD OFO    11870 SANTA MONICA BLVD.    SUITE 106/536    LOS ANGELES, CA 90025 | |
| 17670493 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY    ATTN: WILLIAM HESLUP, PSA    33 S STATE ST.    10TH FLOOR    CHICAGO, IL 60603 | |

| | | | |
|---|---|---|---|
| 17670494 | INDOFF INCORPORATED | ATTN: CEO, REGD. AGENT, OR GC | 110 ACORN DRIVE    MCDONOUGH, GA 30253 |
| 17670495 | INOVA PAYROLL, INC. | ATTN: CEO, REGD. AGENT, OR GC | 636 GRASSMERE PARK    SUITE 110    NASHVILLE, TN 37211 |
| 17670496 | INOVITY | ATTN: APRIL EDWARDS | 2555 MARCONI DRIVE    SUITE 100    ALPHARETTA, GA 30005 |
| 17670497 | INTERNAL REVENUE SERVICE | | P.O. BOX 7346    PHILADELPHIA, PA 19101 |
| 17670498 | INTERNATIONAL LINK LOGISTICS | ATTN: ALFREDO MARTINEZ | 111 E. ALTON AVE.    SANTA ANA, CA 92707 |
| 17670499 | IPFS | ATTN: CEO, REGD. AGENT, GEN.C | 4780 ASHFORD DUNWOODY RD.    SUITE A, 540/413    ATLANTA, GA 30338 |
| 17670500 | ITHINK MEDIA LTD | ATTN: CEO, REGD. AGENT, GEN.C | ROUEN ROAD/ ROUEN HOUSE    NORWICH NR1 1RB    UNITED KINGDOM |
| 17670501 | ITSMART SECURITY LLC | ATTN: JEFFREY PADILLA, COO/GEN. COUNSEL | 48 STONEWALL CIRCLE    WEST HARRISON, NY 10604 |
| 17670502 | JAMIE CAHILL – CONTENT WRITER | | 14 MAHER AVENUE    GREENWICH, CT 06830 |
| 17670503 | JD LOGISTICS UNITED STATES COMPANY | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 13200 LOOP ROAD    FONTANA, CA 92337 |
| 17670504 | JG GROUP HOLDINGS LLC | C/O BLANK ROME LLP    ATTN: DAVID DOREY AND STANLEY TARR | 1201 N. MARKET STREET    SUITE 800    WILMINGTON, DE 19801 |
| 17670507 | JGFT LLC | C/O BLANK ROME LLP    ATTN: DAVID DOREY AND STANLEY TARR | 1201 N. MARKET STREET    SUITE 800    WILMINGTON, DE 19801 |
| 17670505 | JH ROSE LOGISTICS LLC | ATTN: CEO, REGD. AGENT, GEN. COUNSEL | 3590 WEST PICACHO AVENUE    LAS CRUCES, NM 88007 |
| 17670506 | JOHNSON CONTROLS SECURITY SOLUTIONS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 3980 DEKALB TECHNOLOGY PARKWAY    ATLANTA, GA 30340 |
| 17670508 | JOHNSON STEPHENS CONSULTING | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 2222 RICKENBACKER PKWY    SUITE 520    COLUMBUS, OH 43217 |
| 17670509 | JOSEPH RESELAND | | 9305 ATHERTON DR.    BRENTWOOD, TN 37027 |
| 17670511 | JUSH INTERNATIONAL D/B/A KINDERKIND | ATTN: URNA BISWAS, DIR. OF BUSINESS DEV. | |
| 17670512 | KANNAN RAJAPPA | | 4005 OCOEE CT NE    MARIETTA, GA 30062 |
| 17670513 | KENNETH ABBOTT | | 40 WYNWOOD ROAD    CHATHAM, NJ 07928 |
| 17670514 | KENYOTA R ROUNTREE | | 401 HUDSON ROAD    APT B    GRIFFIN, GA 30224 |
| 17670515 | KEYENCE | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 669 RIVER ROAD    SUITE 406    ELMWOOD PARK, NJ 07407 |
| 17670516 | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: ADAM ROGOFF, ESQ. | 1177 AVENUE OF THE AMERICAS    NEW YORK, NY 10036 |
| 17670517 | LAW OFFICE OF DANIEL ABRAMS | ATTN: DANIEL L. ABRAMS | 1250 BROADWAY    36TH FLOOR    NEW YORK, NY 10001 |
| 17670518 | LIGHT AND LADDER, INC. | ATTN: FARRAH SIT, CEO | 67 WEST STREET    SUITE 601    BROOKLYN, NY 11222 |
| 17670519 | LINDAVID INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 2680 HIGHWAY 42 NORTH    MCDONOUGH, GA 30253 |
| 17670520 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN : DORA CASIANO–PEREZ | 2777 N. STEMMONS FREEWAY    SUITE 1000    DALLAS, TX 75207 |
| 17670521 | LIQUIDITY SERVICES INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 6931 ARLINGTON ROAD    SUITE 200    BETHESDA, MD 20814 |
| 17670522 | LITTLER | ATTN: TYLEA SEMBLY | 2301 MCGEE STREET    KANSAS CITY, MO 64108 |
| 17670523 | LITTLESUN GMBH | ATTN: FELIX HALLWACHS, MANAGING DIR. | CHRISTINENSTRASSE 18/19    10119 BERLIN    GERMANY |
| 17670524 | LOCHNESS MEDICAL SUPPLIES INC. | | 2775 BROADWAY    SUITE 1000    BUFFALO, NY 14227 |
| 17670525 | LR MARKETING SERVICES, LLC | ATTN: CEO, REGD. AGENT, OR GC | 2301 BARBARA DR.    FORT LAUDERDALE, FL 33316 |
| 17670526 | LUCAS ASSOCIATES, INC. | ATTN: CEO, REGD. AGENT, OR GC | PO BOX 638364    CINCINNATI, OH 45263 |
| 17670682 | MAC FACE MARKETPLACE CO. | | 3455 PEACHTREE RD.    SUITE 517    ATLANTA, GA 30326 |
| 17670527 | MAHARAJAN KARTHIGAIVELAYUT | | 4608 TRAYWICK DRIVE    MARIETTA, GA 30062 |
| 17670528 | MANIFEST COMMERCE INC. | ATTN: GEORGE WOJCIECHOWSKI, CEO | 1401 LAVACA ST.    UNIT #320    AUSTIN, TX 78701 |
| 17670529 | MANIFEST EVENTS, LLC | ATTN: CEO, REGD. AGENT, OR GC | 38A GROVE STREET    SUITE 203    RIDGEFIELD, CT 06877 |
| 17670530 | MARINE AIR LOGISTICS | ATTN: CEO, REGD. AGENT, OR GC | 137 TULIP AVE.    FLORAL PARK, NY 11001 |
| 17670531 | MARKETERHIRE | ATTN: CEO, REGD. AGENT, OR GC | 3023 NORTH CLARK STREET    CHICAGO, IL 60657 |
| 17670532 | MARKETIX ECOM LTD | ATTN: MOTI SHOSHAN, CO–FOUNDER | ATIR YEDA 1    KFAR SABA, 4464301    ISRAEL |
| 17670533 | MASON ELECTRIC | ATTN: MIKE MASON | 7104 HIGHWAY 166    DOUGLASVILLE, GA 30135 |
| 17670534 | MASSEY SERVICES, INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 315 GROVELAND STREET    ORLANDO, FL 32804 |
| 17670535 | MCMASTER–CARR SUPPLY COMPANY | ATTN : SHELLEY BERKE | 200 NEW CANTON WAY    TRENTON, NJ 08691 |
| 17670536 | MDSI INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 3450 BUSCHWOOD PARK DR.    SUITE 350    TAMPA, FL 33618 |

| | | | | |
|---|---|---|---|---|
| 17670537 | MEDCOM BENEFIT SOLUTIONS | ATTN: JENNIFER OLIVER | P.O. BOX 830270 | MSC #378    BIRMINGHAM, AL 35283 |
| 17670538 | MEITAR | ATTN: KAROLIN COHEN | 1200 RED FOX ROAD | ARDEN HILLS, MN 55112 |
| 17670539 | MERCER CAPITAL MANAGEMENT INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 5100 POPLAR AVENUE    SUITE 2600 | MEMPHIS, TN 38137 |
| 17670540 | METRO CARPET AND MORE | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 215 MCDONOUGH PARKWAY | MCDONOUGH, GA 30253 |
| 17670541 | METRO TRAILER | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 100 METRO PARKWAY | PELHAM, AL 35124 |
| 17670542 | MICHAEL BERNARD DANTE CANTY | 2401 MOTE RD | COVINGTON, GA 30016 | |
| 17670544 | MIGHTY DIGITS LLC | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 2 COLGATE ROAD | GREAT NECK, NY 11023 |
| 17670546 | MR. JOHN STONE | 925 ROCKBASS RD. | SUWANEE, GA 30024 | |
| 17670547 | MW COLD | ATTN: SHARIF SIDDIQ | 1414 S. WEST STREET | INDIANAPOLIS, IN 46225 |
| 17670548 | MYFBAPREP | ATTN: THOMAS WICKY/BART BOUGHTON | 5645 CORAL RIDGE DRIVE    No. 117 | CORAL SPRINGS, FL 33076 |
| 17776791 | McMaster–Carr Supply Company | 200 New Canton Way | Robbinsville, NJ 08691 | |
| 17670549 | NATIONAL RETAIL FEDERATION | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | PO BOX 823953 | PHILADELPHIA, PA 19182 |
| 17670550 | NAVEXGLOBAL | ATTN: JANE ENGLISH | 5500 MEADOWS RD.    SUITE 500 | LAKE OSWEGO, OR 97035 |
| 17670551 | NEIL A. WEINRIB & ASSOCIATES | ATTN: MARIA ISABELA MONTILLA | 291 BROADWAY    17TH FLOOR | NEW YORK, NY 10007 |
| 17670552 | NEIL ACKERMAN | 514 HEROLD COURT | AMBLER, PA 19002 | |
| 17670553 | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: DAN SANDERS, FIRM GEN. COUNSEL | 1320 MAIN STREET    17TH FLOOR | COLUMBIA, SC 29201 |
| 17670554 | NICOLE ZIZI STUDIO LLC | ATTN: NICOLE ZIZI, OWNER | 3368 BERTHA DR. | BALDWIN, NY 11510 |
| 17670555 | NIPPON EXPRESS USA INC. | ATTN: CEO, REGD. AGENT, OR GC | 2038 SOLUTIONS CENTER | CHICAGO, IL 60677 |
| 17670556 | NORTH STAR COMPANY, INC.    DBA 'ETHNIC EXPRESSIONS' | ATTN: BRIAN & CARRIE JOHNSON, FOUNDERS | 3780 OLD NORCROSS ROAD    SUITE 103–494 | PROVO, UT 84604 |
| 17670557 | NOVATECH INC. | ATTN: CEO, REGD. AGENT, OR GC | 4106 CHARLOTTE AVENUE | NASHVILLE, TN 37209 |
| 17670558 | NRAI SERVICES LLC | ATTN: CEO, REGD. AGENT, OR GC | 160 GREENTREE DRIVE    SUITE 101 | DOVER, DE 19904 |
| 17670559 | NRAI, INC. | ATTN: KIRILL GABELEV | P.O. BOX 4349 | CAROL STREAM, IL 60197 |
| 17670560 | OLAMM MEDIA, INC. | ATTN: CEO, REGD. AGENT, OR GC | 195 BROADWAY    3RD FLOOR | BROOKLYN, NY 11211 |
| 17670561 | OLD DOMINION FREIGHT LINE, INC. | ATTN: CEO, REGD. AGENT, OR GC | PO BOX 198475 | ATLANTA, GA 30384 |
| 17670562 | OTHRSOURCE, LLC | ATTN: MIKE DUNFORD, PRESIDENT | 575 PHARR ROAD    No. 53213 | ATLANTA, GA 30355 |
| 17670563 | OVERNEL S.A. D/B/A TRAFILEA | ATTN: SANTIAGO ZABALA/JUAN PABLO SILVERA | 1294, (WTC MONTEVIDEO FREE ZONE)    OFFICE 2402, MONTEVIDEO 11300 | URUGUAY |
| 18080887 | Old Dominion Freight Line, Inc. | Rusty Frazier, Asset Recovery Analyst | 500 Old Dominion Way | Thomasville, NC 27360 |
| 17670564 | PADMANABHAN RAMAN | 250 DECLARATION DRIVE | MCDONOUGH, GA 30253 | |
| 17670565 | PALLET CONSULTANTS OF GEORGIA, INC. | ATTN: KEVIN GUTIERREZ, SARAH DONOSO, GUS GUTIERREZ, AND KATHY WISNIEWSKI | 810 NW 13TH AVENUE | POMPANO BEACH, FL 33069 |
| 17670566 | PCC LOGISTICS | ATTN: BRIAN HOWVER AND DAMON JOHNSON | 432 ESTUDILLO AVENUE | SAN LEANDRO, CA 94577 |
| 17670567 | PEACHY JANITORIAL LLC | ATTN: CEO, REGD. AGENT, OR GEN. AGENT | P.O. BOX 1122 | SHARPSBURG, GA 30277 |
| 17670568 | PGFT LLC    C/O BLANK ROME LLP | ATTN: DAVID DOREY AND STANLEY TARR | 1201 N. MARKET STREET    SUITE 800 | WILMINGTON, DE 19801 |
| 17670569 | PHENOMENON | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | | |
| 17670570 | PIEDMONT NATIONAL CORPORATION | ATTN: HENRY BUSH AND NATHAN WALLACE | 1561 SOUTHLAND CIRCLE NW | ATLANTA, GA 30318 |
| 17670571 | PIPECANDY | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 340 S. LEMON AVE 6434 | WALNUT, CA 91789 |
| 17670572 | PIPING HOT LIMITED | ATTN: MICHAEL PUGLISI, LICENSING MANAGER | | |
| 17670573 | PITNEY BOWES | ATTN: OFFICE OF THE GENERAL COUNSEL | 3001 SUMMER STREET | STAMFORD, CT 06926 |
| 17670574 | PLANNING INTERIORS INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 6000 LAKE FORREST DRIVE    SUITE 120 | ATLANTA, GA 30328 |
| 17670575 | POLARIS FINANCIAL STAFFING | ATTN: JOSHUA BERGER | P.O. BOX 4210 | PORTSMOUTH, NH 03802 |
| 17670576 | PORT CITY LOGISTICS, INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 246 JIMMY DELOACH PKWY | SAVANNAH, GA 31407 |
| 17670578 | PROBELLE ENTERPRISES INC.    PROBELLE INTERIORS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 325 N. OAKHURST DR., #401 | BEVERLY HILLS, CA 90210 |
| 17670579 | PROJECT BLU LTD. | ATTN: GERYN EVANS, CEO | 34 CARDIFF ROAD,    DINAS POWYS, CARDIFF    CF3 3NR | UNITED KINGDOM |
| 17670580 | PROLOGISTIX INC. | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 1507 LYNDON B JOHNSON FREEWAY    No. 400 | FARMERS BRANCH, TX 75234 |

| | | | | |
|---|---|---|---|---|
| 17670581 | PROPELLER INSIGHTS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 23679 CALABASAS ROAD   No. 1064   CALABASAS, CA 91302 | |
| 17670582 | QNARY | ATTN: CEO, REGD. AGENT, OR GC | 132 WEST 31ST STREET   9TH FLOOR   NEW YORK, NY 10001 | |
| 17670583 | QUBE FILM | ATTN: CEO, REGD. AGENT, OR GC | 347 FIFTH AVE.   SUITE 1402   NEW YORK, NY 10016 | |
| 17670584 | RAMCO SYSTEMS CORP. | ATTN: CEO, REGD. AGENT, OR GC | 100 OVERLOOK CENTER   2ND FLOOR   PRINCETON, NJ 08540 | |
| 17670585 | RAMCO SYSTEMS CORPORATION | C/O THE FREED LAW FIRM | 422 VISTA DEL MAR DRIVE   APOTOS, CA 95003 | |
| 17670586 | RANDSTAD NORTH AMERICA INC | ATTN: ASHLEY CORNELL | 3625 CUMBERLAND BLVD.   SUITE 600   ATLANTA, GA 30339 | |
| 17670587 | RANDSTAD NORTH AMERICA INC | C/O BRYAN CAVE LEIGHTON PAILL | ATTN: MARK DUEDALL, ESQ.   1201 W. PEACHTREE ST., N.W.   ATLANTA, GA 30309 | |
| 17670588 | RANON LOGISTICS NETWORK INC. | ATTN: WALE TEMOWO, CEO | 12515 CITY PARK DRIVE   MISSOURI CITY, TX 77489 | |
| 17670590 | RAYMOND CAROLINA HANDLING C–CORP. | ATTN: CEO, REGD. AGENT, OR GC | 6095 PARKLAND BLVD.   SUITE 300   CLEVELAND, OH 44124 | |
| 17670589 | RAYMOND CAROLINA HANDLING C–CORP. | ATTN: KATHY SHEPHARD | 4835 SIRONA DRIVE   CHARLOTTE, NC 28273 | |
| 17670591 | READY REFRESH BY NESTLE | ATTN: CEO, REGD. AGENT, OR GC | P.O. BOX 7690   CHICAGO, IL 60680 | |
| 17670592 | REAVIS PAGE JUMP LLP | ATTN: ETHAN KRASNOO AND ALICE K. JUMP | 41 MADISON AVENUE   NEW YORK, NY 10010 | |
| 17670593 | REUTERS NEWS & MEDIA LIMITED | ATTN: MELINDA FERNANDEZ | FIVE CANADA SQUARE   CANARY WHARF, LONDON, E14 GB   UNITED KINGDOM | |
| 17670594 | RICH, INTELISANO & KATZ LLP | ATTN: JOE GERSHMAN | 915 BROADWAY   SUITE 900   NEW YORK, NY 10010 | |
| 17670595 | RJAPA INC. (DBA NADA SAWAYA) | ATTN: NADA SAWAYA, FOUNDER | 60 RIVERSIDE DRIVE   APT. 19AE   NEW YORK, NY 10024 | |
| 17670596 | RLS LOGISTICS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 2185 MAIN ROAD   NEWFIELD, NJ 08344 | |
| 17670597 | ROBERT SINGER | 48 SOUTH SERVICE ROAD | SUITE 404   MELVILLE, NY 11747 | |
| 17670598 | ROCKFARM SUPPLY CHAIN SOLUTIONS | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 300 DATA COURT   DUBUQUE, IA 52003 | |
| 17670599 | ROSENBERG & STEINMETZ PC | ATTN: RACHELLE ROSENBERG AND LEONARD GEKHMAN | 181 S. FRANKLIN AVENUE   SUITE 103   VALLEY STREAM, NY 11581 | |
| 17670600 | RYAN COX, CONSULTANT | 3681 S. BEAR STREET | UNIT A   SANTA ANA, CA 92704 | |
| 17670601 | RYDER INTEGRATED LOGISTICS, INC. | ATTN: SHANE HART, GROUP DIR. TECHNOLOGY DELIVERY SUPPLY CHAIN SOLUTIO | 11690 NW 105TH ST.   MIAMI, FL 33166 | |
| 17670602 | S2VERIFY, LLC | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | P.O. BOX 2597   ROSWELL, GA 30077 | |
| 17670603 | SANDY SPRINGS LOCKSMITH | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 155 HAMMOND DRIVE NE   SUITE A   SANDY SPRINGS, GA 30328 | |
| 17670604 | SANDY SPRINGS PERIMETER CHAMBER | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 1000 ABERNATHY ROAD NORTHEAST   SUITE L 10   SANDY SPRINGS, GA 30328 | |
| 17670605 | SAYOLLO MEDIA, LTD. | ATTN: EITAN NOREL/YONATAN ATTIAS | | |
| 17670606 | SCANA ENERGY | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | P.O. BOX 100157   COLUMBIA, SC 29202 | |
| 17670607 | SELECSOURCE STAFFING, INC. | C/O HOGAN MCDANIEL | ATTN: DANIEL C. KERRICK   1311 DELAWARE AVENUE   WILMINGTON, DE 19806 | |
| 17670608 | SELECSOURCE, LLC | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 6111 PEACHTREE–DUNWOODY ROAD   F202   ATLANTA, GA 30328 | |
| 17670609 | SELECT AND SAVE SUPE | 22 RAMBLERS CLOSE | COLWICK ENGLAND NG4 2DN   UNITED KINGDOM | |
| 17670610 | SENDOSO | ATTN: CEO, REGD. AGENT, AND GEN. COUNSEL | DEPT LA 22638   PASADENA, CA 91185 | |
| 17670611 | SHEAR STRUCTURAL | ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL | 931 MONROE DRIVE NE   SUITE A102–491   ATLANTA, GA 30308 | |
| 17670612 | SHELTERPOINT LIFE | ATTN: CEO, REGD. AGENT, OR GC | PO BOX 9340   GARDEN CITY, NY 11530 | |
| 17670613 | SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: ALLISON MARTIN RHODES | 333 SOUTH HOPE STREET   43RD FLOOR   LOS ANGELES, CA 90071 | |
| 17670614 | SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CEO, REGD. AGENT, OR GC | 70 WEST MADISON STREET   48TH FLOOR   CHICAGO, IL 60602 | |
| 17670615 | SHIPWIRE, INC. | ATTN: CEO, REGD. AGENT, OR GC | 3131 JAY STREET   SUITE 210   SANTA CLARA, CA 95054 | |
| 17670616 | SHLOMI AMOUYAL | NOA MOSES STREET #1 | RISHON LEZION   ISRAEL | |
| 17670617 | SHUMATE MECHANICAL | ATTN: LORREE RAMIREZ | 2805 PREMIERE PARKWAY   DULUTH, GA 30097 | |
| 17670618 | SILVERBERG P.C. | ATTN: KARL SILVERBERG | 320 CARLETON AVENUE   SUITE 6400   CENTRAL ISLIP, NY 11722 | |
| 17670619 | SIMON LESSER PC | ATTN: LEONARD F. LESSER/MEGH | 100 PARK AVENUE   FLOOR 16   NEW YORK, NY 10017 | |
| 17670620 | SIMPLE BY TRACY LLC | ATTN: TRACY NICOLEPRATHER, C | 75 BENNETT ST. NW.   SUITE N–1   ATLANTA, GA 30309 | |
| 17670621 | SKANDER LOGISTICS CORP. | ATTN: CHRISTIAN BEJNA, CEO | | |

| | | |
|---|---|---|
| 17670622 | SMART SODA HOLDINGS, INC. ATTN: LIOR SHAFIR, CO–FOUNDER & CEO 6095 PARKLAND BLVD. SUITE 300 CLEVELAND, OH 44124 | |
| 17670623 | SMITH, GAMBRELL & RUSSELL LLP ATTN: MICHAEL L. EBER 1105 W. PEACHTREE ST., NE SUITE 100 ATLANTA, GA 30309 | |
| 17670624 | SMITH, GAMBRELL & RUSSELL, LLP ATTN: MICHAEL L. EBER 1230 PEACHTREET ST. NE ATLANTA, GA 30309 | |
| 17670625 | SNIDER–BLAKE PERSONNEL ATTN: ELIZABETH GATTIE 4200 ROCKSIDE ROAD INDEPENDENCE, OH 44131 | |
| 17670626 | STATE OF DELAWARE DIVISION OF CORP. DIVISION OF CORPORATIONS JOHN G. TOWNSEND BLDG. 401 FEDERAL STREET, SUITE 4 DOVER, DE 19901 | |
| 17670627 | STEPHEN BULLARD 7319 SOMERSET SHORES COURT ORLANDO, FL 32819 | |
| 17670628 | STRATEGIC BUSINESS INTEGRATION GROUP LLC ATTN: CEO, REGD. AGENT, AND GEN. COUNSEL 391 EAST LAS COLINAS BOULEVARD SUITE 130 IRVING, TX 75039 | |
| 17670629 | STYLIST DIRECT LLC, DBA BEAUTY HIVE ATTN: KATHIE DEVOE 300 UNION BLVD. SUITE 600 DENVER, CO 80228 | |
| 17670630 | SURGE STAFFING LLC ATTN: CAROL SURGES 1100 MORSE ROAD COLUMBUS, OH 43229 | |
| 17670631 | SUSTAINABLE LOGISTICS LLC ATTN: RICK H.R. PRIESTER III, PARTNER 616 E 35TH ST. SAVANNAH, GA 31401 | |
| 17670761 | State of Delaware Division of Revenue 820 N. French Street, 8th Floor Wilmington, DE 19801–0820 | |
| 17670632 | TDC NORTHBRIDGE LLC 5310 S. ALSTON AVE. SUITE 210 DURHAM, NC 27713 | |
| 17670633 | TENNANT SALES AND SERVICE COMPANY ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL PO BOX 71414 CHICAGO, IL 60694 | |
| 17670634 | TENNESSEE DEPARTMENT OF REVENUE ATTN: MICHELLE DENNEY, REV. COLLECTIONS ANDREW JACKSON BLD. 8TH FLOOR 500 DEADERICK ST. NASHVILLE, TN 37242 | |
| 17670635 | TEXAS WORKFORCE COMMISSION 709 EAST CALTON RD. SUITE 108 LAREDO, TX 78041 | |
| 17670636 | TEXAS WORKFORCE COMMISSION ATTN : JANAHA CRAWFORD, ACCTS EXAMINER FINANCE, COLLECTIONS/CIVIL ACTIONS DEPT. 101 E. 15TH STREET ROOM 556 AUSTIN, TX 78778 | |
| 17670637 | THE GOOD MINERAL COMPANY LLC ATTN: EGO IWEGBU–DALEY, FOUNDER & CEO 2299 BRIDGER WOODS RD. BOZEMAN, MT 59715 | |
| 17670641 | THE LAKPR GROUP INC. ATTN: MATT DUA 1717 PENNSYLVANIA AVENUE, NW. SUITE 1025 WASHINGTON, DC 20006 | |
| 17670638 | THE RESERVES NETWORK ATTN: BRIAN SEIBERLING 22021 BROOKPARK ROAD CLEVELAND, OH 44126 | |
| 17670683 | THOMAS OVERBEY 523 VINEYARD RD. GRIFFIN, GA 30223 | |
| 17670639 | THOMPSON GAS ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL 3505 CANTER LANE RALEIGH, NC 27604 | |
| 17670640 | TIMOTHY S. HINCKLEY 111 VERNON ROAD SCITUATE, MA 02066 | |
| 17670642 | TNG HOLDINGS, INC. ATTN: CEO, REGD. AGENT, OR GC 9 STREAM COURT GREAT NECK, NY 11023 | |
| 17670643 | TNJ HOLDINGS INC ATTN: JOSSEF KAHLON 210 5TH AVE. SUITE 902 NEW YORK, NY 10010 | |
| 17670644 | TOMPKINS ROBOTICS LLC ATTN: MIKE FUTCH, PRESIDENT AND JAMES A. TOMPKINS, CHAIRMAN 6435 HAZELTINE NATIONAL DRIVE SUITE 105 ORLANDO, FL 32822 | |
| 17670645 | TOMPKINS VENTURES LLC ATTN: JAMIE HEAWARD 3505 CANTER LANE RALEIGH, NC 27604 | |
| 17670646 | TORI MCMASTER–CARR PO BOX 7690 CHICAGO, IL 60680 | |
| 17670647 | TRACY NICOLE UNLIMITED, LLC/ SIMPLY BY TRACY 75 BENNETT ST. NW SUITE N–1 ATLANTA, GA 30309 | |
| 17670648 | TRANS REPUBLICA ATTN: CEO, REGD. AGENT, OR GC 15902 S. MAIN ST. GARDENA, CA 90248 | |
| 17670650 | TRINE IT ATTN: AUGUSTINE MURTHY, REGA 480 ELRIDGE DR. SUWANEE, GA 30024 | |
| 17670651 | TRINE IT ATTN: CEO, REGD. AGENT, OR GC 4485 TENCH ROAD SUITE 810 SUWANEE, GA 30024–1000 | |
| 17670649 | TRINE IT ATTN: CEO, REGD. AGENT, OR GC VELJKA DUGOEVICA 54 11000 BELGRADE SERBIA | |
| 17670653 | TRIPLE CROWN RESOURCES ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL 700 RIDGE DRIVE DOUGLASSVILLE, PA 19518 | |
| 17670654 | TRONUS, LLC ATTN: CYNTHIA CURETON–ROBLES, COO 1100 PEACHTREE STREET SUITE 950 ATLANTA, GA 30309 | |
| 17670655 | TROUTMAN PEPPER HAMILTON SANDERS LLP ATTN: MICHAEL K. JONES 3000 TWO LOGAN SQUARE 18TH AND ARCH STREET PHILADELPHIA, PA 19103 | |
| 17670656 | TUCKER, ALBIN & ASSOCIATES, INC. ATTN : PAMELA ASHCRAFT 1702 N. COLLINS BLVD. SUITE 100 RICHARDSON, TX 75080 | |
| 17670657 | TURBO SALES & LEASING ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL 2037 OLD CANDLER ROAD GAINESVILLE, GA 30507 | |
| 17670658 | TWIG USA INC. ATTN: MIKE SARGEANT, CHIEF FINANCIAL OFF | |
| 17670659 | U.S. DEPARTMENT OF HOMELAND SECURITY 3505 CANTER LANE RALEIGH, NC 27604 | |
| 17670660 | ULINE ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL PO BOX 88741 CHICAGO, IL 60680 | |
| 17670661 | UOMA BEAUTY, INC. ATTN: SHARON CHUTER, CEO & FRED COLLINS, COO | |
| 17670662 | UPS BILLING CENTER PO BOX 7247–0244 PHILADELPHIA, PA 19170 | |

| | | |
|---|---|---|
| 17670663 | USPS ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL 1990 E. GRAND AVE. EL SEGUNDO, CA 90245 | |
| 17671983 | Uline 12575 Uline Drive Pleasant Prairie, WI 53158 | |
| 17670664 | VERITIV OPERATING COMPANY SHORR PACKAGING ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL P.O. BOX 409884 ATLANTA, GA 30384 | |
| 17670665 | VERYABLE INC. ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL 2019 N. LAMAR STREET SUITE 250 DALLAS, TX 75202 | |
| 17670666 | VISTAL PARTNERS LLC ATTN: BEN BRICKSON 205 5TH ST NE SUITE 3 BUFFALO, MN 55313 | |
| 18096029 | Veritiv Operating Company 6120 South Gilmore Road Fairfield, OH 45014 | |
| 17670667 | WARE2GO INC. ATTN: KEVAN COON / GABBY AVERY, DIR. 3555 PIEDMONT RD., NE BUILDING 14, SUITE 1500 ATLANTA, GA 30305 | |
| 17670668 | WASSERMAN LAW ATTN: GAYLE F. WASSERMAN 69 LUDLOW DRIVE CHAPPAQUA, NY 10514 | |
| 17670669 | WAYTOPLAY TOYS BV ATTN: SYBREN JELLES, OWNER–CEO LANGE HERENSTRAAT 32 ZWART 2011 LJ HAARLEM NETHERLANDS | |
| 17670670 | WEBFX, INC. ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL 1705 N. FRONT STREET HARRISBURG, PA 17102 | |
| 17670671 | WELLS FARGO ATTN: CEO, REGD. AGENT, OR GEN. COUNSEL PO BOX 10306 DES MOINES, IA 50306 | |
| 17670672 | WELLS FARGO FINANCIAL LEASING, INC. ATTN: CEO, REGD. AGENT, OR GC PO BOX 3072 CEDAR RAPIDS, IA 52406 | |
| 17670673 | WILD COAST SERVICES, LLC DBW WEELYWALLY ATTN: JR WEINBERG, CEO 4188 ANGELES VISTA BLVD. LOS ANGELES, CA 90008 | |
| 17670674 | WILDR MEDIA HOUSE ATTN: CEO, REGD. AGENT, OR GC 3528 LAKE DR SE SMYRNA, GA 30082 | |
| 17670675 | WTMR, LLC ATTN: CEO, REGD. AGENT, OR GC PO BOX 22546 FORT LAUDERDALE, FL 33335 | |
| 17670677 | Z&Z, LLC C/O HEYMAN ENERIO GATTUSO & HIRZEL LLP ATTN: SAMUEL T. HIRZEL/GILLIAN L. ANDREW 300 DELAWARE AVENUE SUITE 200 WILMINGTON, DE 19801 | |
| 17670678 | ZIP SHIP USA LLC ATTN: SIRDARRYL ROUNDTREE, PRES. 675 PARK NORTH BLVD. SUITE 114 CLARKSTON, GA 30021 | |
| 17670679 | ZIPRECRUITER, INC. ATTN: CEO, REGD. AGENT, OR GC 604 ARIZONA AVE SANTA MONICA, CA 90401 | |
| 17670680 | ZOOMINFO TECHNOLOGIES LLC ATTN: CEO, REGD. AGENT, OR GC 805 BROADWAY SUITE 900 VANCOUVER, WA 98660 | |
| 17670681 | ZUCHAER & ZUCHAER CONSULTING LLC ATTN: CEO, REGD. AGENT, AND GC 2701 EAST ATLANTIC BLVD., 2NDFL POMPANO BEACH, FL 33062 | |

TOTAL: 336