**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PROJECT VERTE INC., | ) | Case No. 23-10101 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Don Beskrone, solely in his capacity as the state court receiver[1] (the "Receiver") appointed for Project Verte Inc. (the "Debtor" or "Company"), and with the assistance of his counsel (Ashby & Geddes P.A.) and certain former Debtor representatives (the "Representatives")[2], has caused to be filed with the Bankruptcy Court the Debtor's Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFAs," and together with the Schedules, the "Schedules and SOFAs").

The Schedules and SOFAs are filed under section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFAs. The Global Notes should be referred to, considered, and reviewed in connection with any review and understanding of the Schedules and SOFAs.

The Schedules and SOFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with any financial statements of the Debtor. Additionally, the Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment, and reflects the Receiver's current commercially reasonable and good faith efforts to report the assets and liabilities of the Debtor.

The Receiver was appointed by an August 22, 2022, order entered by the Delaware Chancery Court. Following appointment of the Receiver, the Debtor and its personnel continued to operate the Debtor's businesses on a day-to-day basis and in the ordinary course, including with

---

[1]  *See In re: Project Verte Inc.*, Case No. 2022-0696 (MTZ) (Del. Ch. Ct.)

[2]  The primary Representatives who assisted with preparation of the Schedules and SOFAs are Milton Barbarosh (former CFO); Sara Rubenstein (former Secretary); and Stephen Bullard (former Operations Manager).

respect to the maintenance of Company books and records and the payment of creditors.  For the avoidance of doubt, the Receiver played no role in administration of the Debtor's cash management system, did not make daily decisions regarding business operations, and did not keep or otherwise maintain the Debtor's books and records.  Since the filing of this bankruptcy case, the Receiver and those working to assist him have expended significant time and effort in the collection, review, and processing of information necessary for the preparation and filing of the Schedules and SOFAs.  An order of the Bankruptcy Court established March 27, 2023, as the deadline for filing the Schedules and SOFAs.

The Receiver, his attorneys, and the Representatives do not guarantee, represent, or otherwise warrant the accuracy or completeness of any of the data contained in the Schedules and SOFAs.  None of the foregoing parties shall be liable for any loss, damage, or any other injury arising out of, claimed, or caused in whole or in part by acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and SOFAs.

While commercially reasonable efforts have been made to provide accurate and complete information in the Schedules and SOFAs, it is acknowledged that inadvertent errors or omissions may exist.  The Receiver, his attorneys, and the Representatives expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided in the Schedules and SOFAs, or to notify any third party should the information be updated, modified, revised, or recategorized.  In no event shall the Receiver, his attorneys, and/or the Representatives be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Receiver or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.  The Receiver has signed the Schedules and SOFAs solely in his capacity as the Court-appointed Receiver for the Debtor.

By way of background, immediately upon his appointment by the Delaware Court of Chancery, the Receiver and his attorneys focused on and led already-underway efforts to sell the Debtor's Fulfillment business and related assets as a going concern.  The Fulfillment Assets were to be sold to a proposed third party purchaser (GPA Logistics Group, Inc.).  When those efforts encountered difficulties in obtaining Court approval (GPA ultimately withdrew as purchaser on the morning of the scheduled October 11, 2022, continued sale hearing), the Receiver turned his attention to efforts to sell the Debtor's technology business and related assets (together, the "Technology Assets").

Those efforts, which included a robust sale and marketing process led by the Receiver's agent Hilco IP Services, LLC, ultimately resulted in a sale of the Technology Assets to an affiliate formed by the AJ Group Creditors (J&A Tech Holdings LLC).  That sale was for a cash purchase price of $1,250,000.  The sale of the Technology Assets ultimately was approved by a Chancery Court order entered on January 20, 2023.  The sale closed shortly thereafter.  The Receiver immediately deposited the net sale proceeds into a receivership account established at Wilmington Savings Fund Society bank for that purpose.  Pursuant to an order of the Bankruptcy Court [*see* Dkt. No. 79, entered on March 15, 2023], the Receiver now has turned over those net sale proceeds to Alfred Giuliano, the chapter 7 Trustee appointed for the Debtor's bankruptcy estate (hereafter, the "Trustee").

In the state court receivership proceedings, the Receiver also filed a motion seeking authority to file a bankruptcy petition for the Company. That motion was approved by Chancery Court order entered on January 19, 2023. On January 26, 2023, the Receiver caused to be filed in the Bankruptcy Court a chapter 7 bankruptcy petition for the Company.

In preparing, reviewing, and signing the Schedules and SOFAs, the Receiver relied upon (a) his own (and that of Ashby & Geddes) involvement, participation, and resultant knowledge of the Debtors' business operations, as gathered during the processes and receivership proceedings described above, (b) review of information received and/or collected from Company representatives and third parties during the receivership proceedings, and (c) information provided by the Representatives in connection with preparation of the Schedules and SOFAs. The Receiver has not (and could not have) personally verified the current accuracy of each statement and representation contained in the Schedules and SOFAs, including statements and representations concerning current amounts owed to creditors, classification of such amounts, listings of assets and liabilities and any associated values, and creditor names and addresses, among others.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>.** Reasonable and significant efforts have been made to prepare and file complete and accurate Schedules and SOFAs. Notwithstanding, inadvertent errors or omissions may exist. The Receiver reserves all rights to amend or supplement the Schedules and SOFAs from time to time, in all respects, as may be necessary or appropriate, including[3] with respect to the description or designation of any claim ("<u>Claim</u>") or interest ("<u>Interest</u>") that is or may be asserted, including in respect of the designation of any Claim as "disputed," "contingent," or "unliquidated".

   Any failure to designate a Claim in the Schedules and SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Receiver or any other party (including the Trustee) that such Claim or amount is not "disputed," "contingent," or "unliquidated." All setoff rights are expressly asserted and reserved, irrespective of whether they are specifically asserted in the Schedules and SOFAs. Listing a Claim does not constitute an admission of liability by the Receiver or any other party, including the Trustee. Furthermore, nothing contained in the Schedules and SOFAs shall constitute a waiver of rights with respect to any matter addressed in the bankruptcy case, including issues involving Claims, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws. Any specific reservation of rights contained elsewhere in the Global Notes does not limit, in any respect, the general reservation of rights contained in this

---

[3]   The words "include," "includes," "including," and variations thereof, shall not be construed as terms of limitation, and shall be deemed followed by the words "without limitation." Moreover, use of the word "and" shall also be interpreted to include "or", and vice versa, as applicable.

paragraph. Notwithstanding the foregoing, the Receiver shall have no obligation (and shall not be required) to update or amend the Schedules and SOFAs.

2.    **Accuracy.** Although every effort has been made to file complete and accurate Schedules and SOFAs, inadvertent errors or omissions certainly may exist. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements hereunder. Persons or entities trading in or otherwise purchasing, selling, or transferring Claims against or Interests in the Debtor should evaluate this financial information considering the purposes for which it was prepared, and in light of these Global Notes and all of the facts and circumstances related thereto and to the Debtor. The Receiver is not liable for and undertakes no responsibility to indicate variations between any information and reports prepared for securities law disclosure purposes or for any evaluations of the Debtor based on this financial information or any other information.

3.    **Description of Case and "As Of" Information Date.** On January 26, 2023 (the "Petition Date"), the Receiver caused to be filed for the Debtor a voluntary petition for relief under Chapter 7 of Title 11 of the Bankruptcy Code.

Upon information and belief, and unless otherwise noted, the Schedules and SOFAs reflect information as of the Petition Date.

4.    **Net Book Value of Assets.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Receiver or any other party to attempt to obtain current market valuations for the Debtor's remaining assets on an individual-asset basis. No such efforts have been made in connection with the Schedules and SOFAs.

Nonetheless, because the book value (if it could be ascertained) of certain assets may differ from their fair market values, asset values may be listed as unknown or undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that may have been fully depreciated or were expensed for accounting purposes may not appear in the Schedules and SOFAs. Given the nature of the Debtor's business, this has limited implications to the values presented.

To the best of the Receiver's current knowledge and information, efforts have been made to list the claims of individual creditors as reflected on the Debtor's books and records, as of the Petition Date. These claim amounts may not reflect all credits, allowances, or other adjustments due from such creditors to the Debtor, as of the Petition Date. All rights respecting such credits, allowances, and other adjustments are reserved, whether specifically asserted or not.

5.      **Recharacterization.**  Notwithstanding the Receiver's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Receiver may nevertheless have incorrectly characterized, classified, categorized, designated, or omitted certain items.  Accordingly, the Receiver reserves all of his rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFAs at a later time as is necessary or appropriate and as additional information becomes available, including whether contracts or leases listed therein were executory or unexpired as of the Petition Date and remain executory and unexpired on a postpetition basis.  Disclosure of information in one or more Schedules, one or more SOFAs, or one or more exhibits or attachments to the Schedules or SOFAs, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFAs, exhibits, or attachments.

6.      **Liabilities.**  The Receiver has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with preparation of the Schedules and SOFAs.  As additional information becomes available and further research may be conducted, allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Receiver reserves all rights to amend, supplement, or otherwise modify the Schedules and SOFAs as is necessary or appropriate, but bears no obligation to do so.

The liabilities listed in the Schedules do not reflect any analysis of potential claims under section 503(b)(9) of the Bankruptcy Code.  All rights to dispute or challenge the validity of any such asserted claims are reserved.

Certain claims and/or liabilities have been disclosed as contingent, unliquidated, and/or disputed in the Schedules, including with respect to claims and liabilities that are the subject of pending litigation.  The final allowed amount of these claims may be different from any amount that may be included in the Debtor's books and records.  Accordingly, the Receiver has sought to list these claims and liabilities as contingent, unliquidated, and/or disputed.

7.      **Excluded Assets and Liabilities.**  Certain assets and liabilities may have been unintentionally excluded from the Schedules and SOFAs due to the information available to the Receiver and the time constraints applicable to the preparation and filing of the Schedules and SOFAs.

8.      **Insiders.**  For purposes of the Schedules and SOFAs, the Receiver intended to use and define "insiders" as that term is used and defined in section 101(31) of the Bankruptcy Code.  The Receiver has no role and takes no position in determining whether any claims of the bankruptcy estate may exist and be asserted and/or settled against any insiders.

Persons listed as "insiders" have been included for informational purposes only; no admissions, characterizations, or concessions of any kind are made in connection therewith.

9. **Executory Contracts and Unexpired Leases.** All rights are reserved with respect to the named parties of all listed executory contracts and unexpired leases, including the right to amend Schedule G to add or remove executory contracts and unexpired leases.

10. **Classifications.** Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by any party of the legal rights of the subject claimant or a waiver of any party's rights to recharacterize, reclassify, or otherwise dispute such Claims, contracts or leases, or to setoff against any such Claims.

11. **Claims Description.** Schedules D and E/F permit a Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission or concession by the Receiver or any other party that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by any party (including the Trustee) as to that Claim. All rights of any party (including the Trustee) to dispute on any available grounds, or to assert offsets or defenses to, any Claim reflected on the Schedules and SOFAs, are expressly preserved. Additionally, all rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated" are expressly preserved.

12. **Causes of Action.** Despite his commercially reasonable efforts to identify all known assets, the Receiver may not have listed in the Schedules and SOFAs all of the Debtor's or the bankruptcy estate's causes of action or potential causes of action against third parties, including causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws. All rights and claims of the bankruptcy estate with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") are expressly preserved, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any

claims or Causes of Action or in any way be deemed to prejudice or impair the assertion of such claims or Causes of Action, all for the benefit of the bankruptcy estate.

13.   **Summary of Significant Reporting Policies.**  The following is a summary of significant reporting policies with respect to the Schedules and SOFAs:

- Undetermined Amounts.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon, diminish, or otherwise determine the materiality of such amount.

- Totals.  All totals included in the Schedules and SOFAs represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

- Non-Duplication.  Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in one Schedule or SOFA as responsive to certain other SOFAs and Schedules, without duplication, to avoid double counting of certain assets and liabilities.  Although the Receiver has made a good faith effort to remove duplicate references of certain assets and liabilities, inadvertent errors or failures to omit may result in duplicate references for certain of the Debtor's assets or liabilities.

- Liens.  Property and equipment listed in the Schedules and SOFAs are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.   **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.   **Setoffs.**  The Debtor may have incurred certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items, including pricing discrepancies, returns, warranties, credits, refunds, negotiations, and/or disputes between the Debtor and its vendors, suppliers, customers, or other contract counterparties. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, that is not necessarily the case.  Parties in interest should be aware ordinary course setoffs may not be accounted for, and as such, may not be expressly included or reflected in the Schedules and SOFAs, except as specifically set forth therein.

16.   **Global Notes Control.**  In the event the Schedules and SOFAs differ from these Global Notes, the Global Notes control.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    **Project Verte Inc.**

Debtor(s)

Case No.    **23-10101 (LSS)**

Chapter

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my law firm represents, Don A. Beskrone, the Court-appointed Receiver for the above named debtor(s) and that compensation paid to Ashby & Geddes, P.A. within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Receiver in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

☐ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☐ Debtor    ☐ Other (specify):

4.    ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    My law firm does not represent the Debtor in the bankruptcy case. We, on behalf of the the Receiver, have assisted with preparation of the Debtor's schedules of assets and liabilities and its statement of financial affairs.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service: N/A

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Receiver in this bankruptcy proceeding.

3/27/2023

Date

*/s/ Michael D. DeBaecke*

**Michael D. DeBaecke (#3186)**
*Signature of Attorney*
**Ashby & Geddes, P.A.**
**500 Delaware Avenue, 8th Floor**
**P.O. Box 1150**
**Wilmington, DE 19801**
**(302) 654-1888**
**MDeBaecke@ashbygeddes.com**
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name        **Project Verte Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-10101 (LSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Signature Bank** | **Checking** | | $762.37 |
| 3.2. | **IDB** | **Checking** | | $7,600.00 |
| 3.3. | **Wilmington Savings Fund Society** | **Receivership Account (Sale Proceeds)** | | $1,149,484.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,157,846.37 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| Debtor | **Project Verte Inc.** | | Case number *(If known)* **2 3-10 10 1(L S $** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7 1 | **2750 LC - Signature Bank (Stockbridge) - Security Deposit - Verte Logistics (250 Declaration Drive Lease)** | **$1,331,529.50** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Insurance** | **$80,573.00** |
|---|---|---|

| 8 2 | **Other Prepaids** | **$175,421.13** |
|---|---|---|

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| **$1,587,523.63** |
|---|

**Part 3.    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11  **Accounts receivable**

| 11a. 90 days old or less: | **$110,654.88** <br> face amount | – | **$0.00** <br> doubtful or uncollectible accounts | = .... | **$110,654.88** |
|---|---|---|---|---|---|

| 11b. Over 90 days old: | **$1,535,671.11** <br> face amount | – | **$826,984.20** <br> doubtful or uncollectible accounts | =.... | **$706,686.91** |
|---|---|---|---|---|---|

12  **Total of Part 3.**
Current value on lines 11a + 11b = line 12   Copy the total to line 82.

| **$1,646,325.99** |
|---|

**Part 4    Investments**

13. Does the debtor own any investments?

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1 <br> Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture <br> Name of entity: | % of ownership | |
| 15 1. **Verte Logistics GA LLC** | | 100 % | N/A | **Unknown** |

| Debtor | **Project Verte Inc.** | | Case number *(if known)* **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 15.2. | **Project Verte (Israel), LTD.** | 100 | % | N/A | **Unknown** |
| 15.3 | **Flowerdale LLC** | 100 | % | N/A | **Unknown (Subject to Zuchaer Litigation)** |

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

| **Unknown** |
|---|

**Part 5:** Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See Fixed Asset Schedule** | **Unknown** | N/A | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Fixed Asset Schedule.** | **Unknown** | N/A | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| **Unknown** |
|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?
☐ No.
■ Yes

Debtor    **Project Verte Inc.**
_____    Case number *(If known)*  **23-10101 (LSS)**
          Name

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Dallas Land (Owned by Flowerdale LLC)** | **Disputed (Subject to Pending Zuchaer Litigation)** | $14,000,000.00 | | **Unknown** |

56.   **Total of Part 9.**                                                                            **Unknown**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

| Debtor | **Project Verte Inc.** | Case number *(if known)* **23-10101 (LSS)** |
|---|---|---|
| | Name | |

|  | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Federal Tax Return** | Tax year **2021** | **Unknown** |
|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**See attached schedule; Trustee will determine any litigation claims estate can file against third parties.**
Nature of claim
Amount requested                    **Unknown**

**Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**See attached schedule; Trustee will determine any litigation claims estate can file against third parties.**
Nature of claim
Amount requested                    **Unknown**

**Unknown**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**Unknown**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Project Verte Inc.**
_____
Name

Case number *(if known)*  **23-10101 (LSS)**
_____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,157,846.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,587,523.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,646,325.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | Unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | Unknown | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | Unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | Unknown | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,391,695.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,391,695.99 |

## Schedules A/B, Part 11

| Invoice Candance Legend | | | |
|---|---|---|---|
| Subscription Fees | Invoiced in Advance | Invoiced on the 1st of every month for the following months subscriptions fees | |
| SaaS Transaction Fees | Invoiced in Arrears | Invoiced on the 1st of the month for prior months activity | |
| SaaS Time & Materials | Invoiced in Arrears | Invoiced on the 1st of the month for prior months activity | |
| Fulfillment Transactions | Invoiced in Arrears | Invoiced every Monday for the prior week's activity | |

| Project Verte | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Client | Vertical | Invoice Status | YTD Dec 2022 | Invoice: Jan for Dec 1 - 31st Transactions & Jan 1- 26th Subscription Fees Activity | | | | |
| | | | | Owed to PV | Owed to PV Paid to PV | Owed to PV Paid to OSA | Owed to OSA Paid to PV | Net Reconciliation PV Owes OSA |
| Best Babie Total | Fulfillment | In Dispute | $22,912 72 | | | | | |
| Bubble Beauty, Inc  Total | Fulfillment | In Dispute | $439,360 50 | | | | | |
| Geekplus Total | Fulfillment | In Dispute | $277,960 81 | | | | | |
| Luxe Weavers - PV Total | Saas | In Dispute | $17,000 00 | | | | | |
| Perch Total | Fulfillment | In Dispute | $21,180 00 | | | | | |
| Skander Logistics Total | SaaS | In Dispute | $4,118 01 | | | | | |
| Smart Soda Total | Fulfillment | In Dispute | $12,272 12 | | | | | |
| Tompkins Total | Fulfillment | In Dispute | $1,872 30 | | | | | |
| Unified Logistics Total | Fulfillment | In Dispute | $32,307 74 | | | | | |
| PCC Logistics Total | SaaS | | $36,431 35 | | | | | |
| International Link Logistics Total | SaaS | | $682 93 | $1,225 81 | $0 00 | $0 00 | | $0 00 |
| Air Terra | | | | $55,705 25 | $55,705 25 | $0 00 | | $0 00 |
| Manifest | | | | $2,621 01 | $2,621 01 | $0 00 | $6,387 10 | ($6,387 10) |
| PCC | | | | $2,375 00 | $0 00 | $0 00 | $1,354 84 | ($1,354 84) |
| US 1 | | | | $3,902 66 | $0 00 | $3,532 50 | | $3,532 50 |
| Argents | | | | $2,451 67 | $0 00 | $0 00 | | $0 00 |
| Sustainable | | | | $1,526 13 | $0 00 | $0 00 | | $0 00 |
| Ranon | | | | $919 61 | $0 00 | $919 61 | | $919 61 |
| Zip Ship | | | | $1,616 41 | $1,616 41 | $0 00 | $967 70 | ($967 70) |
| Total | | | $866,098.48 | $72,343.56 | $59,942.67 | $4,452.11 | $8,709.64 | ($4,257.52) |

**Schedules A/B, Part 11**

**Project Verte Inc.**
**A/R Aging Summary**
**As of January 26, 2023**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Aerial Vision International US Corp** | | | | | 0.00 | 0.00 |
| **AirTerra** | 55,705.25 | 79,983.15 | -66,711.67 | -16,500.00 | 20,525.65 | 73,002.38 |
| **Alpha Comm** | | | | | 7,290.63 | 7,290.63 |
| **AposHealth** | | | | | 1,299.13 | 1,299.13 |
| **AR Credit Cards** | | | | | -28,083.20 | -28,083.20 |
| **Argents** | 2,451.67 | | 1,374.40 | 4,000.10 | | 7,826.17 |
| **Argents Express Group** | | 4,000.10 | 116.40 | 4,000.10 | 149.12 | 8,265.72 |
| **Av Inventory** | | | | 1,448.92 | 29,636.53 | 31,085.45 |
| **Bazillion Dreams** | | | | 2,171.41 | 10,243.29 | 12,414.70 |
| **Beauty Hive** | | | | | 28,052.03 | 28,052.03 |
| **Behr Paint** | | | | | 19,607.22 | 19,607.22 |
| **Berlinger Haus** | | | | | 0.00 | 0.00 |
| **Best Babie** | | 5,981.74 | 780.48 | 588.64 | 27,038.66 | 34,389.52 |
| **Bubble** | | | 303.92 | 302.92 | | 606.84 |
| **Bubble Beauty, Inc.** | | 1,098.63 | 598.84 | | 438,079.72 | 439,777.19 |
| **Cap Hill** | | | | 11,743.03 | 122,791.13 | 134,534.16 |
| **CENTRIC BRANDS** | | | | | 279.77 | 279.77 |
| **Ceramiracle** | | | | | 786.76 | 786.76 |
| **Christopher John** | | | | | -7,151.57 | -7,151.57 |
| **Country Ranch** | | | | | -6,099.08 | -6,099.08 |
| **Cynthia Rowley** | | | | | 0.00 | 0.00 |
| **D Squared Worldwide** | | | | | 2.78 | 2.78 |
| **D. F. OMER** | | | | | 4,215.84 | 4,215.84 |
| **Definite Articles, Inc.** | | | | | 821.18 | 821.18 |
| **Deliverr** | | | | | 0.00 | 0.00 |
| **Eksperience** | | | | | 145.30 | 145.30 |
| **Ethnic Expressions** | | | | | 3,383.45 | 3,383.45 |
| **Fregata Logistics** | | | -5,000.00 | | -4,988.00 | -9,988.00 |
| **Geekplus** | | 1,233.00 | | | 276,727.81 | 277,960.81 |

| | | | | | |
|---|---|---|---|---|---|
| **GiveMask.org** | | | | 2,549.34 | 2,549.34 |
| **Glacce** | | | | -2,797.29 | -2,797.29 |
| **Glasses USA** | | | | 2,364.60 | 2,364.60 |
| **Goddess Body** | | | | -20.35 | -20.35 |
| **GoFor Delivers** | | | | -1,795.71 | -1,795.71 |
| **Guerriers** | | | | 428.78 | 428.78 |
| **Health Professionals Marketplace** | | | | 10,000.00 | 10,000.00 |
| **Heyday** | | 30,385.52 | | | 30,385.52 |
| **HYDY, Inc.** | | | | -155,954.67 | -155,954.67 |
| **International Link Logistics** | 1,225.82 | 935.43 | 5,401.20 | | 7,562.45 |
| **Just Beck** | | | | 0.00 | 0.00 |
| **Kikoandagg** | | | | 0.00 | 0.00 |
| **Kinderkind** | | | | 5,878.28 | 5,878.28 |
| **Kraft Heinz** | | | | 704.50 | 704.50 |
| **Kukkia Co. LTD** | | | | 0.00 | 0.00 |
| **Light + Ladder** | | | | 14,523.27 | 14,523.27 |
| **LittleSun** | | | | -1,000.75 | -1,000.75 |
| **Luxe Weavers - PV** | | | | 17,000.00 | 17,000.00 |
| **Malina USA** | | | | -1,554.36 | -1,554.36 |
| **Manifest Commerce** | 2,621.01 | | 8,503.88 | 3,500.00 | 14,624.89 |
| **Manifest Commerce, Inc** | | 4,225.20 | | 10,541.19 | 14,766.39 |
| **MARKETIX ECOM LTD** | | | | -15,001.85 | -15,001.85 |
| **Masbully Ltd.** | | | | 1,474.56 | 1,474.56 |
| **MASC Inc.** | | | | 608.94 | 608.94 |
| **Mayoran Ltd.** | | | | 1,259.21 | 1,259.21 |
| **Mayu Water** | | | | 21,410.32 | 21,410.32 |
| **Motorola Smart Safe** | | 1,134.89 | 1,727.83 | 2,613.04 | 15,159.10 | 20,634.86 |
| **My Rhino** | | | | 4,745.34 | 4,745.34 |
| **MyFBAprep** | | | | 38,623.60 | 38,623.60 |
| **Nada Sawaya** | | | | 34.92 | 1,554.08 | 1,589.00 |
| **NICOLE ZÏZI STUDIO** | | | | 1,908.46 | 1,908.46 |
| **OpenE Technologies, Inc.** | | | | 20,579.87 | 20,579.87 |
| **OthrStore** | | | | 6,198.18 | 6,198.18 |
| **PCC Logistics AR** | 2,375.00 | 3,875.00 | 5,333.85 | 3,875.00 | 19,472.50 | 34,931.35 |

| Name | | | | | | |
|---|---|---|---|---|---|---|
| Peak and Valley | | | | | 0.00 | 0.00 |
| Peleg Design | | | | | 5,056.47 | 5,056.47 |
| Perch | | | | | 26,714.95 | 26,714.95 |
| Piping Hot | | | | | -1,447.12 | -1,447.12 |
| Project Blu Ltd | | | | | 2,562.78 | 2,562.78 |
| Quality Choices | | | | | 1,940.96 | 1,940.96 |
| Ranon Logistics | 919.61 | -9,295.01 | 3,161.01 | 6,500.00 | 12,000.13 | 13,285.74 |
| Ryder Last Mile | | 7,062.50 | | | | 7,062.50 |
| Sayolla Socks | | | | | -26.77 | -26.77 |
| Sayollo Media, LTD | | | | | -14.74 | -14.74 |
| Sayollo-Loop | | | | | -735.45 | -735.45 |
| Scenic Fruit | | | | | 4,316.79 | 4,316.79 |
| Simplebytracy | | | | | 618.80 | 618.80 |
| Skander Logistics | | 11,284.44 | | | | 11,284.44 |
| Smart Soda | | | | | 10,669.38 | 10,669.38 |
| Solve Together | | | | | 0.00 | 0.00 |
| Stripe | | -8,446.79 | -19,292.54 | -10,353.42 | -30,496.85 | -68,589.60 |
| Sustainable Logistics | 1,526.13 | -4,179.66 | 4,179.66 | 7,490.00 | -7,490.00 | 1,526.13 |
| The Good Mineral | | | | | 2,125.02 | 2,125.02 |
| Tompkins | | 1,872.50 | -1,872.70 | -1,872.90 | 698.54 | -1,174.56 |
| TopFoxx | | | | | 6.49 | 6.49 |
| Tracy Nicole Clothing | | | | -177.00 | -5,876.26 | -6,053.26 |
| Trafilea | | 252,385.26 | -177,281.85 | -238,761.16 | 231,337.28 | 67,679.53 |
| Trafilea SaaS | | 1,262.50 | 1,511.82 | 1,000.00 | | 3,774.32 |
| Trafilea Wholesale | | | 5,755.64 | 11,375.15 | 32,115.43 | 49,246.22 |
| Tronus LLC | | | | | 39,824.50 | 39,824.50 |
| twig USA | | | | | 3,328.23 | 3,328.23 |
| Unified Logistics | | | | | 44,318.49 | 44,318.49 |
| Uoma Beauty | | 1,595.06 | 190.12 | 142.60 | 81,486.31 | 83,414.09 |
| US 1 Logistics | 3,902.66 | -28,052.28 | 66,236.50 | 3,500.00 | | 45,586.88 |
| Ware2Go | 14,994.33 | | 35,632.06 | 156.00 | 103,220.35 | 154,002.74 |
| WayToPlay | | | | | 8,031.25 | 8,031.25 |
| Weelywally | | | | 130.12 | 6,395.11 | 6,525.23 |
| WhatIF Foods | | | | | 1,117.89 | 1,117.89 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wipe Company | | | | | | 194.86 | 194.86 |
| Xpand | | | | | | -12.97 | -12.97 |
| Zavu Yoga | | | | | | 77.97 | 77.97 |
| Zip Ship USA | 1,616.41 | 6.55 | | | | | 1,622.96 |
| ZipShip | | -5,089.76 | | 2.80 | 2,499.90 | | -2,587.06 |
| TOTAL | $ 87,337.89 | $ 353,257.97 | -$ 129,348.35 | -$ 200,592.63 | $ 1,535,671.11 | $ 1,646,325.99 |

| | |
|---|---|
| 110,654.88 | |

| | |
|---|---|
| $828,984.20 | |
| $ 706,686.91 | |

| | |
|---|---|
| 110,654.88 | $ 817,341.79 |

**Schedule A/B Part 38, 39, 41**

| Equipment | Location | Vendor | QTY | Replacement Value | Total |
|---|---|---|---|---|---|
| 360 Photo Shop Camera | Photo Lab | | 1 | $1,500.00 | $1,500.00 |
| 4 ft Rolling Utility Carts | Warehouse | | 4 | $200.00 | $800.00 |
| 55 Gallon Trash Cans | Warehouse | | 20 | $100.00 | $2,000.00 |
| Assorted Corrugate | Warehouse | | 6 Pallets | | |
| Assorted Packaging Materials | Warehouse | | 100 Cases | | |
| Badge Printer | Warehouse Office | | 1 | $300.00 | $300.00 |
| Carts | Warehouse Operations | Baker Carts | 120 | $45.00 | $5,400.00 |
| Chargers | Warehouse Operations | | 4 | $5,000.00 | $20,000.00 |
| Coffee maker | BreakRoom | | 1 | $300.00 | $300.00 |
| Commercial ice machine | BreakRoom | | | $2,100.00 | $0.00 |
| Commercial Refrigerator | BreakRoom | | 3 | $30.00 | $90.00 |
| cork boards | Furniture | | 3 | $165.00 | $495.00 |
| Coveyors | Warehouse | | 80 | $200.00 | $16,000.00 |
| Cubicals | office | | 16 | $150.00 | $2,400.00 |
| Cubiscan | Warehouse Operations | | 1 | $20,000.00 | $20,000.00 |
| Desks | Furniture | | 18 | $3,600.00 | $64,800.00 |
| DeskTops Computers | Computers | | 5 | $600.00 | $3,000.00 |
| Electric Pallet Jack (Double Length) | Warehouse Operations | | 2 | $15,000.00 | $30,000.00 |
| Geek Plus | Warehouse Operations | | 130 | $29,000.00 | $3,770,000.00 |
| Golf Carts | Warehouse Operations | | 5 | $5,000.00 | $25,000.00 |
| Hallway Tables | Furniture | | 2 | $150.00 | $300.00 |
| Keyboards | Computers | | 12 | $30.00 | $360.00 |
| Keyence long range BT-700 | Warehouse Operations | | 20 | $1,627.50 | $32,550.00 |
| Keyence short range BT-500 | Warehouse Operations | | 35 | $1,355.25 | $47,433.75 |
| Label Printer | Warehouse Operations | | 60 | $1,300.00 | $78,000.00 |
| Label Printer | Warehouse Operations | | 1 | $600.00 | $600.00 |
| Laminator | Warehouse Office | | 2 | $75.00 | $150.00 |
| Laptops | Computers | | 60 | $700.00 | $42,000.00 |
| Large folding table | Furniture | | 5 | $100.00 | $500.00 |
| Large metal shelf | Furniture | | 2 | $27.00 | $54.00 |
| Leather office chairs | Furniture | | 42 | $500.00 | $21,000.00 |
| Lighting Umbrella | Photo Lab | | 2 | $150.00 | $300.00 |

**Schedule A/B**
**Part 11 – All Other Assets**
**No. 74 – Causes of action against third parties (whether or not a lawsuit has been filed)**

**No. 75 – Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the Debtor and rights to setoff claims**

| Case Caption | Case No. | Comments |
|---|---|---|
| Julian Kahlon v. Project Verte Inc. (former CEO sued for wrongful termination and severance; Debtor counterclaimed with multiple claims and causes of action) | 1:20-cv-03774-MKV | **Debtor asserted counterclaims against plaintiff; pursuant to a court-ordered mediation with U.S. Magistrate judge, parties agreed to settlement, subject to final and acceptable documentation; agreement not reached on final settlement documentation, as of bankruptcy petition** |
| Zuchaer & Zuchaer Consulting LLC v. Project Verte Inc. (suit filed with respect to the Debtor's purchase of 100% interest in Flowerdale LLC, which entity is the owner of certain real estate located in or around Dallas, Texas) | 1:20-cv-08703-VM-JLC | **Debtor asserted counterclaims against plaintiff and claims against third party defendants Moshe Zucchaer, Jossef Kahlon, and TNJ Holdings; Z&Z plaintiff has argued an enforceable settlement of the plaintiff's claims was reached between plaintiff and Debtor prior to appointment of the Receiver, but the Debtor and Receiver have taken a contrary position(s); this matter and dispute remained open as of bankruptcy petition** |

In addition, all rights, defenses, setoffs, claims, and causes of action the Debtor or its bankruptcy estate may have:

(i)     under chapter 5 of the Bankruptcy Code, as against any third parties;

(ii)     against any vendors or customers, including with respect to unpaid invoices or with respect to customer goods located at the warehouse facility utilized by the Debtor for Fulfillment operations;

(iii)    against any shareholders, officers, directors, or managers for corporate waste, for diminution of value of corporate assets, for monies owed pursuant to written agreements, and/or for breach of fiduciary duties relating to any corporate governance matters, including with respect to any pre-receivership efforts to effectuate a sale of the Debtor's Fulfillment business and related assets;

(iv)    against Geekplus America with respect to the Debtor's purchase of certain robots and other assets and equipment utilized in connection with Fulfillment business operations;

(v)     in respect of transfers of money relating to a prior transaction(s) in 2018/2019 with an entity referred to as Grey Orange, whereby money may have been invested in Grey Orange, money apparently was returned to the Debtor, and then money possibly was transferred or otherwise credited to or for the benefit of Debtor shareholder(s) or other insider(s) (further investigation may be conducted by the Trustee, in his discretion);

(vi)    with respect to, under, or against any applicable insurance policies;   and

(vii)   with respect to any federal or state tax refunds or any other tax attributes the Trustee may be able to assert for the benefit of the bankruptcy estate.

**Fill in this information to identify the case:**

Debtor name   **Project Verte Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **23-10101 (LSS)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **AC Group Holdings LLC**<br>Creditor's Name<br>**c/o Blank Rome LLP**<br>**Attn: David Dorey and**<br>**Stanley Tarr**<br>**1201 N. Market Street, Suite 800**<br>**Wilmington, DE 19801**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All collateral as described in loan documentation.** | **Unknown** | **Unknown**<br><br>**See attachment.** |

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**(Multiple)**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes Specify each creditor, including this creditor and its relative priority.
**(See below AJ Group Creditors)**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 **Chaluts Trust**<br>Creditor's Name<br>**c/o Blank Rome LLP**<br>**Attn: David Dorey and**<br>**Stanley Tarr**<br>**1201 N. Market Street, Suite 800**<br>**Wilmington, DE 19801**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All collateral as described in loan documentation.** | **Unknown** | **Unknown**<br><br>**See attachment.** |

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**

Debtor    **Project Verte Inc.**
_____
Name

Case number (if known)    **23-10101 (LSS)**
_____

**(Multiple)**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No.
■ Yes. Specify each creditor, including this creditor and its relative priority.
**AJ Group Creditors**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **JG Group Holdings LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**c/o Blank Rome LLP**
**Attn: David Dorey and**
**Stanley Tarr**
**1201 N. Market Street, Suite 800**
**Wilmington, DE 19801**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All collateral as described in loan documentation.**

**See attachment.**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**(Multiple)**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No.
■ Yes. Specify each creditor, including this creditor and its relative priority.
**AJ Group Creditors**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **JGFT LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**c/o Blank Rome LLP**
**Attn: David Dorey and**
**Stanley Tarr**
**1201 N. Market Street, Suite 800**
**Wilmington, DE 19801**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All collateral as described in loan documentation.**

**See attachment.**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**(Multiple)**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No.
■ Yes Specify each creditor, including this creditor and its relative priority.
**AJ Group Creditors**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.5** | **PGFT LLC**

Creditor's Name

**c/o Blank Rome LLP
Attn: David Dorey and
Stanley Tarr
1201 N. Market Street, Suite
800
Wilmington, DE 19801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
(Multiple)
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No.

☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
**AJ Group Creditors**

**Describe debtor's property that is subject to a lien**
**All collateral as described in loan
documentation.**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

**See attachment.**

---

**2.6** | **TNJ Holdings Inc.**

Creditor's Name

**c/o Richards, Layton &
Finger, P.A.
Attn: Amanda Steele/David
Queroli
One Rodney Sq., 920 N.
King St.
Wilmington, DE 19801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
(Multiple)
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No.

☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
**AJ Group Creditors**

**Describe debtor's property that is subject to a lien**
**All collateral as described in loan
documentation.**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

**See attachment.**

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **Unknown** |

**See attachment.**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Attachment for Schedule D and Schedule F (secured and unsecured claims of the AJ Group Creditors and TNJ Holdings, Inc.)**:

The "AJ Group Creditors" include AC Group Holdings LLC, Chaluts Trust LLC, JG Group Holdings LLC, PFGT LLC, and JGFT LLC.  Each AJ Group member is an affiliate of either Amir Chaluts or Jane Gol, two of the three founders of the Company.  The third founder was Mr. Jossef Kahlon ("Mr. Kahlon").  Upon information and belief, Mr. Kahlon owns and controls TNJ Holdings, Inc. ("TNJ").  The AJ Group on the one hand and Mr. Kahlon and TNJ on the other hand, were involved as adversaries in multiple litigations prior to and as of the filing of the state court receivership proceedings involving Project Verte.


**Schedule D**:

The Company's balance sheet, as of the Petition Date, reflects the following line items for the AJ Group Creditors and for TNJ:

| | |
|---|---|
| TNJ Holdings Inc. - CR Promissory Notes | $9,054,759.72 |
| AC Group Holdings LLC – CR Promissory Notes | $9,303,005.12 |
| Chaluts Trust LLC – CR Promissory Notes | $9,303,005.12 |
| JG Group Holdings LLC – CR Promissory Notes | $9,303,005.12 |
| PGFT LLC – CR Promissory Notes | $4,651,502.56 |
| JGFT LLC – CR Promissory Notes | $4,651,502.56 |
| Forbearance Agreement (Emergency Funding II) (AJ Group) | $7,048,000.00 |
| Survival Expenses Promissory Notes  (AJ Group) | $1,399,000.00 |
| Accrued Interest (Line of Credit Promissory Notes – AJ Group) | $5,523,206.63 |
| Accrued Interest (Survival Expenses Notes)  (AJ Group) | $502,147.40 |

- The Receiver understands the foregoing amounts may be asserted as secured claims under the terms of the governing loan documents, purportedly secured by the collateral as described therein.

**Schedule F**:

The Company balance sheet also reflects the following line items, as of the Petition Date:

| | |
|---|---|
| Convertible Notes Type 1 – Principal (AJ Group) | $937,001.60 |
| Convertible Notes Type 2 – Principal (AJ Group) | $23,214,836.04 |
| Convertible Notes Type 3 – Principal (AJ Group) | $15,194,617.45 |
| Convertible Notes Type 5 – Principal (AJ Group) | $8,505,276.02 |
| Convertible Notes – Accrued Interest (AJ Group) | $5,512,208.36 |
| Convertible Notes – Accrued Interest (TNJ) | $1,357,469.73 |

- The Receiver understands the foregoing amounts may be asserted as unsecured nonpriority claims by the respective creditors (the AJ Group Creditors and TNJ), subject to any rights, claims, and defenses asserted by the Trustee.


**Additional Notes for Schedule D and Schedule F**:

- On an aggregate and collective basis, the Trustee understands the AJ Group Creditors assert secured and unsecured claims totaling over $100 million against the bankruptcy estate.

- Because the value of the collateral pledged in connection with the above-described secured claims likely is much lower than the face amount of those claims, it is believed that most of the secured claims asserted by the AJ Group Creditors and TNJ effectively will be rendered unsecured nonpriority claims in the bankruptcy case, subject to all available rights, claims, and defenses of the bankruptcy estate and, as between and among the respective creditors (AJ Group Creditors on the one hand and TNJ on the other hand), subject to the terms and provisions of their governing intercreditor agreement.

  Moreover, the asserted claims of the AJ Group Creditors also are addressed by the terms and provisions of the Financing and Settlement Motion filed by the Trustee, and any orders by the Bankruptcy Court entered in connection therewith. [*See* Financing and Settlement Motion filed at Dkt. No. 35, as may be amended from time to time, and any approval order(s).]

**Fill in this information to identify the case:**

Debtor name    **Project Verte Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **23-10101 (LSS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Ashby & Geddes, P.A.,**
**Counsel for the Receiver Don A. Beskrone**
**500 Delaware Avenue, 8th Floor**
**Wilmington, DE 19899**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim: $420,000.00**    **Priority amount: $420,000.00**

Date or dates debt was incurred

Basis for the claim:
**Priority claim pursuant to 11 U.S.C. §§ 105, 503, 543 (Estimated)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §§ 105, 503, 543

☑ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Don A. Beskrone,**
**Court-Appointed Receiver for Project**
**Verte Inc.**
**500 Delaware Avenue, 8th Floor**
**Wilmington, DE 19899**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim: $220,000.00**    **Priority amount: $220,000.00**

Date or dates debt was incurred

Basis for the claim:
**Priority claim pursuant to 11 U.S.C. §§ 105, 503, 543 (Estimated)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §§ 105, 503, 543

☑ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333,835.73 |

**6 River System, LLC**
**Attn: John Evans and Drew Gentile**
**307 Waverley Oaks Road**
**#405**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,552.00 |

**A-1 Quality Logistical Solutions LLC**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**3055 Blue Rock Road**
**Cincinnati, OH 45239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,529.00 |

**AAIM**
**P.O. Box 790379**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | See Attachment. |

**AC Group Holdings LLC**
**c/o Blank Rome LLP**
**Attn: David Dorey and Stanley Tarr**
**1201 N. Market Street, Suite 800**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>See Attachment.</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325,738.98 |

**Act Fulfillment Inc.**
**c/o Borges & Associates, LLC**
**Attn: Wanda Borges**
**575 Underhill Blvd.**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,081.20 |

**Action Logistics, Inc.**
**Attn: Scott A. Gray**
**815 Greenview Dr.**
**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,642.00 |

**Adams and Reese, LLP**
**Attn: Martin A. Stern, Firm Gen. Counsel**
**P. O. Box 2153**
**Birmingham, AL 35287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Project Verte Inc.**
_____
Name

Case number (if known)    **23-10101 (LSS)**
_____

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.69** |

**Adapture Technology Group, LLC**
**Attn: Robert Pastor**
**5 Concourse Parkway**
**Suite 975**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,992.90** |

**ADP, Inc.**
**Attn: Jessica Gray**
**P.O. Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allianz Trade**
**Attn : Halima Qayoom, C&C Admin.**
**800 Red Brook Blvd.**
**Suite 400C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Subrogee/Assignee**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,524.67** |

**Allied International Cleaning Services**
**Attn: Michael Fenton**
**3635 Peachtree Industrial Blvd.**
**Suite 300**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Amazon Web Services, Inc.**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**410 Terry Ave North**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**American Express Company**
**P.O. Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Applied Resource Group, LLC**
**Attn: Scott Gary**
**4555 Mansell Rd.**
**Suite 230**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arnall Golden Gregory LLP**
**Attn: Ashley Steiner Kelly, Gen. Counsel**
**171 17th Street NW**
**Suite 2100**
**Atlanta, GA 30363**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254,543.40** |
|---|---|---|---|

**Axiom Staffing Group**
**Attn: Sandy Robinson**
**2475 Northwinds Parkway**
**Suite 575**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**B & D Macon Realty, LLLP**
**Attn: Maggie Ni**
**3500 Empire Boulevard**
**Atlanta, GA 30354**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**Benefit Solutions, Etc. Limited**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**2312 Far Hills Ave.**
**Suite 144**
**Dayton, OH 45419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Best Babie Inc.**
**Attn: Wayne Wang, President & Owner**
**2030 Main Street**
**Suite 1300**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Project Verte Inc.**                                      Case number (if known)   **23-10101 (LSS)**
_____
Name

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,753.03 |
|---|---|---|---|

**Blue Cross**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**P.O. Box 645438**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,834.33 |
|---|---|---|---|

**Brian G. McHale**
**30 Golf Drive**
**Hammonton, NJ 08037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,654.83 |
|---|---|---|---|

**Bricz David Steinfeld**
**4780 Ashford Dunwoody Rd.**
**Suite A, 540/413**
**Atlanta, GA 30338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,789.25 |
|---|---|---|---|

**BTX Global Logistics**
**Attn: Maryann Kintner**
**P.O. Box 853**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bubble Beauty Inc.**
**c/o Golenbock, Eiseman, Assor Bell & Peskoe LLP**
**Attn: Alexander Kaplun, Esq.**
**711 Third Avenue, 17th Floor**
**New York, NY 10017**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Business Office Environments, Inc.**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**3424 Peachtree Rd. NE**
**Suite 125**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,380.29 |
|---|---|---|---|

**C&C Fencing**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,455.48**

**Capital Guard Security**
Attn: Jennifer Genant
11472 Maxwell Rd.
Suite E
Alpharetta, GA 30009

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Cashmere Talent**
Attn: Gretchen Bruksch
711 Warner Ave.
Los Angeles, CA 90024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$633.02**

**CasterDepot**
Attn: CEO, Regd. Agent, or Gen. Counsel
Dept. 9014
PO BOX 30516
Lansing, MI 48909

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Centric Brands LLC**
Attn: Joseph Monahan
350 Fifth Avenue
6th Floor
New York, NY 10118

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **See Attachment.**

**Chaluts Trust**
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: See attachment.

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,200.00**

**Channel Advisor Corp.**
Attn: Melissa Zmuda
3025 Carrington Mill Blvd.
Suite 500
Morrisville, NC 27560

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Project Verte Inc.**
_____    Case number (if known)    **23-10101 (LSS)**
Name

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Chief**
Attn: CEO, Regd. Agent, or Gen. Counsel
13 East 19th Street
New York, NY 10003

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,528.56** |

**Cintas**
Attn: CEO, Regd. Agent, or Gen. Counsel
P.O. Box 631025
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$695.98** |

**City of Dallas**
Attn: Tax Department
2949 Stemmons Freeway
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,883.77** |

**City of Mcdonough**
136 Keys Ferry St.
McDonough, GA 30253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,536.23** |

**Cloudstaff Pty Ltd.**
Attn: Leah Adriano
Level 11 1 Margaret St.
Sydney NSW 2000, Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,117.88** |

**Consilio**
Attn: Tom Burns
1828 L. Street Northwest
Washington, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,200.00** |

**Corkyy Inc.**
Attn: CEO, Regd. Agent, or Gen. Counsel
1276 Monroe Drive Northeast
Atlanta, GA 30306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor  **Project Verte Inc.**                                                    Case number (if known)    **23-10101 (LSS)**
_____
Name

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,695.00** |
|---|---|---|---|

**Crown Electric Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,968.98** |
|---|---|---|---|

**Datacom Professionals Inc.**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**999 US-19 North Building 1**
**Suite A**
**Leesburg, GA 31763**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$937.50** |
|---|---|---|---|

**DiscoverOrg**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**805 Broadway Street**
**Suite 900**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,107.04** |
|---|---|---|---|

**Donald Watnick**
**200 W 41st St Ste 17**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$372,929.36** |
|---|---|---|---|

**DSI Security Services**
**Attn:  Eddie Sorrells, General Counsel**
**James Snell Grove**
**600 West Adams Street**
**Dothan, AL 36303**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Duke Realty LP**
**Attn: Amy Rhodes**
**75 Remittance Drive**
**Suite 3205**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor     **Project Verte Inc.**                                          Case number (if known)     **23-10101 (LSS)**
_____
Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Duke Secured Financing 2006, LLC**
**c/o Duke Realty Corporation**
**1800 Wazee Street**
**Suite 500**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | | $5,000.00 |
|---|---|---|---|

**Eksperience LLC**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**8024 Stafford Creek Ct.**
**Las Vegas, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | | $5,000.00 |
|---|---|---|---|

**Empire Global Advisory Services, LLC**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**265 S. Federal Highway**
**#340**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | | $7,550.00 |
|---|---|---|---|

**Empire Valuation Consultants**
**Attn: Scott Nammacher**
**350 Fifth Avenue**
**Suite 6115**
**New York, NY 10118-8000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Employment Security Department**
**Washington State**
**P.O. Box 9046**
**Olympia, WA 98507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Ernst & Young LLP**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**200 Plaza Drive**
**Secaucus, NJ 07094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | | $4,200.00 |
|---|---|---|---|

**Etail Solutions**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**1400 Van Buren Street NE, Suite 200**
**Minneapolis, MN 55113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Euler Hermes Collections North America**
**Attn: Alan Cozzi**
**800 Red Brook Blvd., Suite 400C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FedEx**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**3875 Airways**
**Module H3 Department 4634**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,720.00 |
|---|---|---|---|

**Felipe Cabral Galozzi Dantas**
**Rua Apinajes, 352**
**Sao Paul, Sao Paulo 05017000**
**Brazil**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,411.00 |
|---|---|---|---|

**Firepro Inc.**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**991 Deron Drive**
**Lawrenceville, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Florida Department of Revenue**
**Out of State Collections Unit**
**1415 West US Highway 90**
**Suite 115**
**Lake City, FL 32055**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**G2 Capital Advisors**
**Attn: Mark Konkle, President**
**420 Boylston Street**
**Suite 302**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,973.00** |
|---|---|---|---|

**Geek Land USA, LLC**
Chandu
Attn: CEO, Regd. Agent, or Gen. Counsel
1100 Peachtree Street, Suite 200
Atlanta, GA 30309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,355,964.77** |
|---|---|---|---|

**Geekplus America Inc.**
Attn: Rick DeFies
170 Northpointe Parkway
Suite 300
Buffalo, NY 14228

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,395.00** |
|---|---|---|---|

**Gellert Scali Busenkell & Brown, LLC**
1201 North Orange Street
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Geocom, Inc.**
Attn: CEO, Regd. Agent, or Gen. Counsel
8014 Cumming Highway
Suite 403, Box 334
Canton, GA 30115

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157,801.16** |
|---|---|---|---|

**GEODIS/Geodis Logistics, LLC**
Attn: Ben Bodzy
15604 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,208.37** |
|---|---|---|---|

**Georgia Natural Gas**
Attn: CEO, Regd. Agent, or Gen. Counsel
P.O. Box 440667
Kennesaw, GA 30160

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,871.21** |
|---|---|---|---|

**Georgia Power**
Attn: CEO, Regd. Agent, or Gen. Counsel
96 Annex
Atlanta, GA 30396

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Verte Inc.** | | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

**3.66** Nonpriority creditor's name and mailing address
**Georgia Waste Systems Inc.**
**Atlanta South Hauling**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**P.O. Box 42930**
**Phoenix, AZ 85080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$29,808.73**

---

**3.67** Nonpriority creditor's name and mailing address
**Gordon Companies Insurance Services**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**150 E. 52nd Street**
**Suite 8001**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$23,589.00**

---

**3.68** Nonpriority creditor's name and mailing address
**GPA Logistics Group, Inc.**
**c/o Whiteford Taylor & Preston LLC**
**Attn: Daniel A. Griffith**
**600  N. King Street, Suite 300**
**Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.69** Nonpriority creditor's name and mailing address
**Grainger**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**Dept. 886981575**
**P. O. Box 419267**
**Kansas City, MO 64141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,735.60**

---

**3.70** Nonpriority creditor's name and mailing address
**Greenhouse Software, Inc.**
**c/o Corp. Creations Network, Inc.**
**600 Mamaroneck Avenue**
**#400**
**Harrison, NY 10528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.71** Nonpriority creditor's name and mailing address
**Hall, Gilligan, Roberts & Shaulever, LLP**
**3340 Peachtree Road NE**
**Suite 1900**
**Atlanta, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$4,080.00**

---

| Debtor | **Project Verte Inc.** | | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Henry County Development Authority**
**c/o Meadows, Macie & Morris, P.C.**
**Attn: Rod G. Meadows**
**125 Eagle's Landing Prkwy., Suite 122**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Henry County Tax Commissioner**
**Attn: Michael Harris**
**140 Henry Parkway**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,879.20** |
|---|---|---|---|

**Herrick, Feinstein LLP**
**2 Park Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Hoyt Cleaning Service**
**Attn: George Ramcharan**
**571 Highway 81 East**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Illinois Dept. of Employment Security**
**Attn: William Heslup, PSA**
**33 S State St.**
**10th Floor**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Indoff Incorporated**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**110 Acorn Drive**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,008.71** |
|---|---|---|---|

**Inovity**
**Attn: April Edwards**
**2555 Marconi Drive**
**Suite 100**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,547.50** |
|---|---|---|---|

**IPFS**
Attn: CEO, Regd. Agent, Gen. Counsel
4780 Ashford Dunwoody Rd.
Suite A, 540/413
Atlanta, GA 30338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,435.37** |
|---|---|---|---|

**JD Logistics United States Company**
Attn: CEO, Regd. Agent, or Gen. Counsel
13200 Loop Road
Fontana, CA 92337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **See Attachment.** |
|---|---|---|---|

**JG Group Holdings LLC**
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim: See attachment.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **See Attachment.** |
|---|---|---|---|

**JGFT LLC**
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim: See attachment.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|

**JH Rose Logistics LLC**
Attn: CEO, Regd. Agent, Gen. Counsel
3590 West Picacho Avenue
Las Cruces, NM 88007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Stone**
925 Rockbass Rd.
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Johnson Controls Security Solutions**
Attn: CEO, Regd. Agent, or Gen. Counsel
3980 Dekalb Technology Parkway
Atlanta, GA 30340

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,320.00**

**Johnson Stephens Consulting**
Attn: CEO, Regd. Agent, or Gen. Counsel
2222 Rickenbacker Pkwy
Suite 520
Columbus, OH 43217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,801.77**

**Joseph Reseland**
9305 Atherton Dr.
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JPMorgan Chase & Co.**
P.O. Box 1423
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Julian Kahlon**
c/o Silverberg P.C.
Attn: Karl Silverberg
320 Carleton Avenue
Suite 6400
Central Islip, NY 11722

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred —

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00**

**Kenneth Abbott**
40 Wynwood Road
Chatham, NJ 07928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kramer Levin Naftalis & Frankel LLP**
Attn: Adam Rogoff, Esq.
1177 Avenue of the Americas
New York, NY 10036

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Liquidity Services Inc.**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**6931 Arlington Road**
**Suite 200**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,147.60** |
|---|---|---|---|

**Littler**
**Attn: Tylea Sembly**
**2301 Mcgee Street**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,738.75** |
|---|---|---|---|

**Lochness Medical Supplies Inc.**
**2775 Broadway**
**Suite 1000**
**Buffalo, NY 14227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,880.00** |
|---|---|---|---|

**MAG Protective Services, LLC**
**Attn: Michael Gaddis**
**416 Prague Way**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,280.00** |
|---|---|---|---|

**Mason Electric**
**Attn: Mike Mason**
**7104 Highway 166**
**Douglasville, GA 30135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Massey Services, Inc.**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**315 Groveland Street**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,833.12** |
|---|---|---|---|

**McMaster-Carr Supply Company**
**Attn : Shelley Berke**
**200 New Canton Way**
**Trenton, NJ 08691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.00 |
|---|---|---|
| **Medcom Benefit Solutions**<br>**Attn: Jennifer Oliver**<br>**P.O. Box 830270**<br>**MSC#378**<br>**Birmingham, AL 35283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ＿ | **Basis for the claim:** ＿ | |
| **Last 4 digits of account number** ＿ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $829.24 |
|---|---|---|
| **Meitar**<br>**Attn: Karolin Cohen**<br>**1200 Red Fox Road**<br>**Arden Hills, MN 55112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ＿ | **Basis for the claim:** ＿ | |
| **Last 4 digits of account number** ＿ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,668.90 |
|---|---|---|
| **Melissa Jean Mapes**<br>**P.O. Box 43405**<br>**Washington, DC 20010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ＿ | **Basis for the claim:** ＿ | |
| **Last 4 digits of account number** ＿ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael Bernard Dante Canty**<br>**2401 Mote Rd**<br>**Covington, GA 30016** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** ＿ | **Basis for the claim:** ＿ | |
| **Last 4 digits of account number** ＿ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Michael Rice** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ＿ | **Basis for the claim:** ＿ | |
| **Last 4 digits of account number** ＿ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mighty Digits LLC**<br>**Attn: CEO, Regd. Agent, or Gen. Counsel**<br>**2 Colgate Road**<br>**Great Neck, NY 11023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ＿ | **Basis for the claim:** ＿ | |
| **Last 4 digits of account number** ＿ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mike Wells** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ＿ | **Basis for the claim:** ＿ | |
| **Last 4 digits of account number** ＿ | Is the claim subject to offset? ☐ No ☐ Yes | |

Debtor **Project Verte Inc.**
_____
Name

Case number (if known) **23-10101 (LSS)**

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,914.74 |
|---|---|---|---|

**MW Cold**
**Attn: Sharif Siddiq**
**1414 S. West Street**
**Indianapolis, IN 46225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $430,201.70 |
|---|---|---|---|

**MyFBAPrep**
**Attn: Thomas Wicky/Bart Boughton**
**5645 Coral Ridge Drive**
**#117**
**Coral Springs, FL 33076**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $12,500.00 |
|---|---|---|---|

**National Retail Federation**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**PO Box 823953**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,035.10 |
|---|---|---|---|

**NavexGlobal**
**Attn: Jane English**
**5500 Meadows Rd.**
**Suite 500**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $24,806.23 |
|---|---|---|---|

**Nelson Mullins Riley & Scarborough LLP**
**Attn: Dan Sanders, Firm Gen. Counsel**
**1320 Main Street**
**17th Floor**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**NRAI Services LLC**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**160 Greentree Drive**
**Suite 101**
**Dover, DE 19904**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178.00**

NRAI, Inc.
Attn: Kirill Gabelev
P.O. Box 4349
Carol Stream, IL 60197

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**3.114** | Nonpriority creditor's name and mailing address | **Unknown**

Old Dominion Freight Line, Inc.
Attn: CEO, Regd. Agent, or Gen. Counsel
PO Box 198475
Atlanta, GA 30384

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**3.115** | Nonpriority creditor's name and mailing address | **Unknown**

Overnel S.A. d/b/a Trafilea
Attn: Santiago Zabala/Juan Pablo Silvera
1294, (WTC Montevideo Free Zone)
Office 2402, Montevideo 11300, Uruguay

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**3.116** | Nonpriority creditor's name and mailing address | **Unknown**

Padmanabhan Raman
250 Declaration Drive
McDonough, GA 30253

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**3.117** | Nonpriority creditor's name and mailing address | **$25,022.61**

Pallet Consultants of Georgia, Inc.
Attn: Kevin Gutierrez, Sarah Donoso,
Gus Gutierrez, and Kathy Wisniewski
810 NW 13th Avenue
Pompano Beach, FL 33069

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**3.118** | Nonpriority creditor's name and mailing address | **Unknown**

PCC Logistics
Attn: Brian Howver and Damon Johnson
432 Estudillo Avenue
San Leandro, CA 94577

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**3.119** | Nonpriority creditor's name and mailing address | **Unknown**

Peachy Janitorial LLC
Attn: CEO, Regd. Agent, or Gen. Agent
P.O. Box 1122
Sharpsburg, GA 30277

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.120**

**Nonpriority creditor's name and mailing address**

PGFT LLC
c/o Blank Rome LLP
Attn: David Dorey and Stanley Tarr
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** See attachment.

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.121**

**Nonpriority creditor's name and mailing address**

Piedmont National Corporation
Attn: Henry Bush and Nathan Wallace
1561 Southland Circle NW
Atlanta, GA 30318

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☒ Yes

**$193,527.69**

---

**3.122**

**Nonpriority creditor's name and mailing address**

Pitney Bowes
Attn: Office of the General Counsel
3001 Summer Street
Stamford, CT 06926

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.123**

**Nonpriority creditor's name and mailing address**

Planning Interiors Inc.
Attn: CEO, Regd. Agent, or Gen. Counsel
6000 Lake Forrest Drive
Suite 120
Atlanta, GA 30328

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.124**

**Nonpriority creditor's name and mailing address**

Polaris Financial Staffing
Attn: Joshua Berger
P.O. Box 4210
Portsmouth, NH 03802

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$77,647.52**

---

**3.125**

**Nonpriority creditor's name and mailing address**

Pramod Kumar K
K FA-6 SRS Apartments
Vijayanagar 3rd Stage570017, India

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$40,379.00**

---

**3.126**

**Nonpriority creditor's name and mailing address**

Probelle Enterprises Inc.
Probelle Interiors
Attn: CEO, Regd. Agent, or Gen. Counsel
325 N. Oakhurst Dr., #401
Beverly Hills, CA 90210

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Project Verte Israel LTD**
**Attn : Shlomi Amouyal**
**Lishinsky st. Rishon**
**LeTsiyon, Israel**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Prologis**
**Attn: Natalie Edwards, Director**
**1900 South Blvd., Suite 302**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317,837.68**

**Prologistix Inc.**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**1507 Lyndon B Johnson Freeway**
**#400**
**Farmers Branch, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Qube Film**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**347 Fifth Ave.**
**Suite 1402**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$445,999.06**

**Randstad North America Inc.**
**Attn: Ashley Cornell**
**3625 Cumberland Blvd.**
**Suite 600**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109,929.59**

**Raymond Carolina Handling c-CORP**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**4835 Sirona Drive**
**Suite 100**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,965.30**

**Ready Refresh by Nestle**
Attn: CEO, Regd. Agent, or Gen. Counsel
P.O. Box 7690
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,956.00**

**Rich, Intelisano & Katz LLP**
Attn: Joe Gershman
915 Broadway
Suite 900
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**RJAPA Inc. (dba Nada Sawaya)**
Attn: Nada Sawaya, Founder
60 Riverside Drive
Apt. 19AE
New York, NY 10024

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$558,082.19**

**Robert D. Cohen**
46 Clock Tower Lane East
Old Westbury, NY 11568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/8/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00**

**Robert Singer**
48 South Service Road
Suite 404
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/3/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84.03**

**Rockfarm Supply Chain Solutions**
Attn: CEO, Regd. Agent, or Gen. Counsel
300 Data Court
Dubuque, IA 52003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ryan Cox, Consultant**
3681 S. Bear Street
Unit A
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Project Verte Inc.**
_____   Case number (if known)   **23-10101 (LSS)**
Name

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ryder Integrated Logistics, Inc.**
**Attn: Shane Hart, Group Dir.**
**Technology Delivery Supply Chain Solutio**
**11690 NW 105th St.**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,483.80** |

**S2Verify, LLC**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**P.O. Box 2597**
**Roswell, GA 30077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,610.00** |

**Safeguard Security Solutions LLC**
**Attn: Michael Randall**
**245 Country Club Drive**
**Suite 200F**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,052.22** |

**Sandy Springs Locksmith**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**155 Hammond Drive NE**
**Suite A**
**Sandy Springs, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,304.26** |

**Scana Energy**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**P.O. Box 100157**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$442,717.81** |

**Second Chance Realty**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$575,452.43** |

**SelecSource, LLC**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**6111 Peachtree-Dunwoody Road**
**F202**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.147**

**Nonpriority creditor's name and mailing address**
**Select and Save**
**22 Ramblers Close**
**Colwick England NG4 2DN**
**United Kingdom**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$76,560.90

---

**3.148**

**Nonpriority creditor's name and mailing address**
**Shelterpoint Life**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**P. O. Box 9340**
**Garden City, NY 11530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$1,082.78

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Sheppard Mullin Richter & Hampton LLP**
**Attn: Allison Martin Rhodes**
**333 South Hope Street**
**43rd Floor**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$23,732.00

---

**3.150**

**Nonpriority creditor's name and mailing address**
**Shlomi Amouyal**
**Noa Moses Street #1**
**Rishon Lezion**
**Israel**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$4,000.00

---

**3.151**

**Nonpriority creditor's name and mailing address**
**Shlomi Saban**
**Uzi Hitman 2/55**
**Ashdod, Israel 100887**

Date(s) debt was incurred  11/9/2021

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.152**

**Nonpriority creditor's name and mailing address**
**Shumate Mechanical**
**Attn: Lorree Ramirez**
**2805 Premiere Parkway**
**Duluth, GA 30097**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$4,059.35

---

**3.153**

**Nonpriority creditor's name and mailing address**
**Signature Bank**
**Attn: Nicholas Matthias**
**200 Park Avenue**
**5th Floor**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

| Debtor | Project Verte Inc. | Case number (if known) | 23-10101 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.154** | **Nonpriority creditor's name and mailing address**

Simon Lesser PC
Attn: Leonard F. Lesser/Meghan Hallinan
100 Park Avenue
Floor 16
New York, NY 10017

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**

Singer and Falk CPA's PC
Attn: Robert Singer
541 Avellino Isles Circle
Unit 30201
Naples, FL 34119

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

Skander Logistics Corp.
Attn: Christian Bejna, CEO
1591 E. 400 N. Rd.
Cissna Park, IL 60924

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address**

Smart Soda Holdings, Inc.
Attn: Lior Shafir, Co-Founder & CEO
6095 Parkland Blvd.
Suite 300
Cleveland, OH 44124

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

Smith, Gambrell & Russell LLP
Attn: Michael L. Eber
1105 W. Peachtree St., NE
Suite 1000
Atlanta, GA 30309

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,984.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

Snider-Blake Personnel
Attn: Elizabeth Gattie
4200 Rockside Road
Independence, OH 44131

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$78,426.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of Delaware Division of Corp.**
**Division of Corporations**
**John G. Townsend Bldg.**
**401 Federal Street,  Suite 4**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,045.89**

**Stephen Bullard**
**7319 Somerset Shores Court**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,988.48**

**Strategic Business Integration Group LLC**
**Attn: CEO, Regd. Agent, and Gen. Counsel**
**391 East Las Colinas Boulevard**
**Suite 130**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stylist Direct LLC, dba Beauty Hive**
**Attn: Kathie DeVoe**
**300 Union Blvd.**
**Suite 600**
**Denver, CO 80228**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190,526.69**

**Surge Staffing LLC**
**Attn: Carol Surges**
**1100 Morse Road**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**TDC Northbridge LLC**
**5310 S. Alston Ave.**
**Suite 210**
**Durham, NC 27713**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tennessee Department of Revenue**
**Attn: Michelle Denney, Rev. Collections**
**Andrew Jackson Bld., 8th Floor**
**500 Deaderick St.**
**Nashville, TN 37242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Project Verte Inc.**
_____    Case number (if known)    **23-10101 (LSS)**
Name

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Texas Workforce Commission**
**709 East Calton Rd.**
**Suite 108**
**Laredo, TX 78041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$205,785.16**
**The Reserves Network**
**Attn: Brian Seiberling**
**22021 Brookpark Road**
**Cleveland, OH 44126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**The Social Formula**
**Attn: Dasha Runic**
**Veljka Dugoševica 54**
**Beograd 11000, Serbia**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Thomas Overbey**
**523 Vineyard Rd.**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Timothy S. Hinckley**
**111 Vernon Road**
**Scituate, MA 02066**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**TNJ Holdings Inc**
**c/o Richards, Layton & Finger, P.A.**
**Attn: Amanda Steele/David Queroli**
**One Rodney Sq., 920 N. King St.**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  See attachment.**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,000.00**
**Tompkins Ventures LLC**
**Attn: Jamie Heaward**
**3505 Canter Lane**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor  **Project Verte Inc.**
_____
        Name

Case number (if known)  **23-10101 (LSS)**

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Tori McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Tracy Nicole Unlimited, LLC/**
**Simply By Tracy**
**75 Bennett St. NW**
**Suite N-1**
**Atlanta, GA 30309**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.15** |

**Trans Republica**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**15902 S. Main St.**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Trine IT**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**4485 Tench Rd.**
**Suite 810**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$781,303.92** |

**Troutman Pepper Hamilton Sanders LLP**
**Attn: Jaime Theriot**
**3000 Two Logan Square**
**18th and Arch Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$613,890.41** |

**Trump Palace 2021-5507 LLC**
**159-16 Union Turnpike, Suite 200**
**Fresh Meadows, NY 11366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/8/2021**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,098.83** |

**Turbo Sales & Leasing**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**2037 Old Candler Road**
**Gainesville, GA 30507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | Project Verte Inc. | | Case number (if known) | 23-10101 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**U.S. Department of Homeland Security**
3505 Canter Lane
Raleigh, NC 27604

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,802.25 |
|---|---|---|---|

**Uline**
Attn: CEO, Regd. Agent, or Gen. Counsel
PO Box 88741
Chicago, IL 60680

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**United States Treasury**
1500 Pennslyvania Avenue, NW
Washington, DC 20001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**UOMA Beauty, Inc.**
Attn: Sharon Chuter, CEO
5432 W. 104th Street
Sacramento, CA 95825

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,451.89 |
|---|---|---|---|

**UPS Billing Center**
P.O.BOX 7247-0204
Philadelphia, PA 19170

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**USPS**
Attn: CEO, Regd. Agent, or Gen. Counsel
1990 E. Grand Ave.
El Segundo, CA 90245

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,678.87 |
|---|---|---|---|

**Veritiv Operating Company**
Shorr Packaging
Attn: CEO, Regd. Agent, or Gen. Counsel
P.O. Box 409884
Atlanta, GA 30384

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Verte Inc.** | | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $558,082.19 |
|---|---|---|---|
| | **Verte BMF LLC** | ☐ Contingent | |
| | **Attn: Ami and Mira Bar Mashiah** | ☐ Unliquidated | |
| | **222 Meadowview Ave.** | ☐ Disputed | |
| | **Hewlett, NY 11557** | | |
| | Date(s) debt was incurred  10/8/2021 | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $505,802.31 |
|---|---|---|---|
| | **Veryable Inc.** | ☐ Contingent | |
| | **Attn: CEO, Regd. Agent, or Gen. Counsel** | ☐ Unliquidated | |
| | **2019 N. Lamar Street** | ☐ Disputed | |
| | **Suite 250** | | |
| | **Dallas, TX 75202** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Vik Jordan** | ☐ Contingent | |
| | **307 Chattanooga Dr.** | ☐ Unliquidated | |
| | **Fort Myers, FL 33905** | ☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,500.00 |
|---|---|---|---|
| | **VISTAL Partners LLC** | ☐ Contingent | |
| | **Attn: Ben Brickson** | ☐ Unliquidated | |
| | **205 5th St NE** | ☐ Disputed | |
| | **Suite 3** | | |
| | **Buffalo, MN 55313** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ware2Go Inc.** | ☐ Contingent | |
| | **Attn: Kevan Coon / Gabby Avery, Dir.** | ☒ Unliquidated | |
| | **3555 Piedmont Rd., NE** | ☒ Disputed | |
| | **Building 14, Suite 1500** | | |
| | **Atlanta, GA 30305** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,783.50 |
|---|---|---|---|
| | **Wasserman Law** | ☐ Contingent | |
| | **Attn: Gayle F. Wasserman** | ☐ Unliquidated | |
| | **69 Ludlow Drive** | ☒ Disputed | |
| | **Chappaqua, NY 10514** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **WAYTOPLAY TOYS BV** | ☐ Contingent | |
| | **ATTN: SYBREN JELLES, OWNER-CEO** | ☒ Unliquidated | |
| | **LANGE HERENSTRAAT 32 ZWART** | ☒ Disputed | |
| | **2011 LJ HAARLEM, NETHERLANDS** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| Debtor | Project Verte Inc. | | Case number (if known) | 23-10101 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,765.52 |
|---|---|---|---|

**WebFX, Inc.**
Attn: CEO, Regd. Agent, or Gen. Counsel
1705 N. Front Street
Harrisburg, PA 17102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,804.47 |
|---|---|---|---|

**Wells Fargo**
Attn: CEO, Regd. Agent, or Gen. Counsel
P.O. Box 10306
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wells Fargo Financial Leasing. Inc.**
Attn: CEO, Regd. Agent, or Gen. Counsel
P.O. Box 3072
Cedar Rapids, IA 52406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wild Coast Services, LLC dba Weelywally**
Attn: JR Weinberg, CEO
4188 Angeles Vista Blvd.
Los Angeles, CA 90008

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Yafit Lev-Artetz**
229 West Clinton Avenue
Tenafly, NJ 07670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166,372.60 |
|---|---|---|---|

**Yair Siton**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/9/2021

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ZipRecruiter, Inc.**
Attn: CEO, Regd. Agent, or Gen. Counsel
604 Arizona Ave
Santa Monica, CA 90401

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zoominfo Technologies LLC**
**Attn: CEO, Regd. Agent, or Gen. Counsel**
**805 Broadway**
**Suite 900**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000,000.00** |
|---|---|---|---|

**Zuchaer & Zuchaer Consulting LLC**
**c/o Heyman Enerio Gattuso & Hirzel LLP**
**Attn: Samuel T. Hirzel/Gillian Andrews**
**300 Delaware Avenue, Suite 200**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

Basis for the claim: _

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **6 River Systems**<br>**Attn: Drew Gentile**<br>**271 Waverley Oaks Rd.**<br>**Suite 400**<br>**Waltham, MA 02452** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ACT Fulfillment, Inc.**<br>**Attn: Robert Gjerde**<br>**3155 Universe Drive**<br>**Mira Loma, CA 91752** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Capital Guard Security**<br>**1420 Richard Circle**<br>**Alpharetta, GA 30009** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Eksperience LLC**<br>**Attn: Cameron Weiss, General Counsel &**<br>**Bill Ekeler, GSD Coordinator**<br>**11319 Winter Cottage Place**<br>**Las Vegas, NV 89135** | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Geekplus America Inc.**<br>**c/o Nelson Mullins Riley & Scarborough**<br>**Att: Jody Bedenbaugh and Michael Bryan**<br>**1320 Main Street, 17th Floor**<br>**Columbia, SC 29201** | Line **3.60**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Geekplus America Inc.**<br>**c/o Benesch**<br>**Attn: Jennifer Hoover and Steven Walsh**<br>**1313 N. Market St., Suite 1201**<br>**Wilmington, DE 19801** | Line **3.60**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Project Verte Inc.** | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.7 | **Geekplus Technology Co. dba "Geek+"**<br>**Attn: Xi Chen, VP Operations, America**<br>**2051 Palomar Airport Road**<br>**#105**<br>**Carlsbad, CA 92011** | Line __3.60__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Geodis Logistics LLC – USA**<br>**Attn: Caroline Dale**<br>**7101 Executive Drive**<br>**Suite 333**<br>**Brentwood, TN 37027** | Line __3.63__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **GPA Logistics Group, Inc.**<br>**c/o Hinckley Allen**<br>**Attn: David Hirsch and Jennifer Doran**<br>**100 Westminster St., Suite 1500**<br>**Providence, RI 02903** | Line __3.68__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Greenhouse Software, Inc.**<br>**Attn: Daniel Chait, CEO**<br>**18 W. 18th Street**<br>**11th Floor**<br>**New York, NY 10011** | Line __3.70__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Jossef Kahlon**<br>**c/o Richards, Layton & Finger, P.A.**<br>**Attn: Amanda Steele/David Queroli**<br>**One Rodney Sq., 920 N. King St.**<br>**Wilmington, DE 19801** | Line __3.172__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Old Dominion Freight Line, Inc.**<br>**Attn: Rusty Frazier, Assets Recovery**<br>**500 Old Dominion Way**<br>**Thomasville, NC 27360** | Line __3.114__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Prologis**<br>**Attn: Jason Murphy, FVP, Senior Counsel**<br>**1800 Wazee Street, Suite 500**<br>**Denver, CO 80202** | Line __3.128__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Randstad North America Inc.**<br>**c/o Bryan Cave Leighton Paisner LLP**<br>**Attn: Mark Duedall, Esq.**<br>**1201 W. Peachtree St., N.W.**<br>**Atlanta, GA 30309** | Line __3.131__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Tennessee Department of Revenue**<br>**Attorney General**<br>**P.O. Box 20207**<br>**Nashville, TN 37202** | Line __3.166__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Texas Workforce Commission**<br>**Attn : Janaha Crawford, Accts Examiner**<br>**Finance, Collections/Civil Actions Dept.**<br>**101 E. 15th Street, Room 556**<br>**Austin, TX 78778** | Line __3.167__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Trine IT**<br>**Attn: Augustine Murthy, Registered Agent**<br>**480 Elridge Dr.**<br>**Suwanee, GA 30024** | Line __3.177__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Project Verte Inc.** | | Case number (if known) | **23-10101 (LSS)** |
|---|---|---|---|---|

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.18 **UOMA Beauty, Inc.** c/o United Corp. Services, Inc. 608 University Avenue Sacramento, CA 95825 | Line **3.184** ☐ Not listed. Explain ____ | _ |
| 4.19 **Veritiv Operating Company** Shorr Packaging Attn: Marianne Nichols 6120 South Gilmore Road Fairfield, OH 45014 | Line **3.187** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **640,000.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **Approximately 114,676,162.85** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ **Approximately 115,316,162.85** |

**Attachment for Schedule D and Schedule F (secured and unsecured claims of the AJ Group Creditors and TNJ Holdings, Inc.)**:

The "AJ Group Creditors" include AC Group Holdings LLC, Chaluts Trust LLC, JG Group Holdings LLC, PFGT LLC, and JGFT LLC.  Each AJ Group member is an affiliate of either Amir Chaluts or Jane Gol, two of the three founders of the Company.  The third founder was Mr. Jossef Kahlon ("Mr. Kahlon").  Upon information and belief, Mr. Kahlon owns and controls TNJ Holdings, Inc. ("TNJ").  The AJ Group on the one hand and Mr. Kahlon and TNJ on the other hand, were involved as adversaries in multiple litigations prior to and as of the filing of the state court receivership proceedings involving Project Verte.

**Schedule D**:

The Company's balance sheet, as of the Petition Date, reflects the following line items for the AJ Group Creditors and for TNJ:

| | |
|---|---|
| TNJ Holdings Inc. - CR Promissory Notes | $9,054,759.72 |
| AC Group Holdings LLC – CR Promissory Notes | $9,303,005.12 |
| Chaluts Trust LLC – CR Promissory Notes | $9,303,005.12 |
| JG Group Holdings LLC – CR Promissory Notes | $9,303,005.12 |
| PGFT LLC – CR Promissory Notes | $4,651,502.56 |
| JGFT LLC – CR Promissory Notes | $4,651,502.56 |
| Forbearance Agreement (Emergency Funding II) (AJ Group) | $7,048,000.00 |
| Survival Expenses Promissory Notes  (AJ Group) | $1,399,000.00 |
| Accrued Interest (Line of Credit Promissory Notes – AJ Group) | $5,523,206.63 |
| Accrued Interest (Survival Expenses Notes)  (AJ Group) | $502,147.40 |

- The Receiver understands the foregoing amounts may be asserted as secured claims under the terms of the governing loan documents, purportedly secured by the collateral as described therein.

**Schedule F**:

The Company balance sheet also reflects the following line items, as of the Petition Date:

| | |
|---|---|
| Convertible Notes Type 1 – Principal (AJ Group) | $937,001.60 |
| Convertible Notes Type 2 – Principal (AJ Group) | $23,214,836.04 |
| Convertible Notes Type 3 – Principal (AJ Group) | $15,194,617.45 |
| Convertible Notes Type 5 – Principal (AJ Group) | $8,505,276.02 |
| Convertible Notes – Accrued Interest (AJ Group) | $5,512,208.36 |
| Convertible Notes – Accrued Interest (TNJ) | $1,357,469.73 |

- The Receiver understands the foregoing amounts may be asserted as unsecured nonpriority claims by the respective creditors (the AJ Group Creditors and TNJ), subject to any rights, claims, and defenses asserted by the Trustee.


**Additional Notes for Schedule D and Schedule F**:

- On an aggregate and collective basis, the Trustee understands the AJ Group Creditors assert secured and unsecured claims totaling over $100 million against the bankruptcy estate.

- Because the value of the collateral pledged in connection with the above-described secured claims likely is much lower than the face amount of those claims, it is believed that most of the secured claims asserted by the AJ Group Creditors and TNJ effectively will be rendered unsecured nonpriority claims in the bankruptcy case, subject to all available rights, claims, and defenses of the bankruptcy estate and, as between and among the respective creditors (AJ Group Creditors on the one hand and TNJ on the other hand), subject to the terms and provisions of their governing intercreditor agreement.

  Moreover, the asserted claims of the AJ Group Creditors also are addressed by the terms and provisions of the Financing and Settlement Motion filed by the Trustee, and any orders by the Bankruptcy Court entered in connection therewith. [*See* Financing and Settlement Motion filed at Dkt. No. 35, as may be amended from time to time, and any approval order(s).]

**Fill in this information to identify the case:**

Debtor name  **Project Verte Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **23-10101 (LSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **1 Pallet of Customer Goods** | |
| | State the term remaining | | **Bazillion Dreams, Inc.**<br>**Attn: Lou Menditto, Owner**<br>**223 Cougar Blvd.**<br>**Suite 404**<br>**Provo, UT 84604** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **12-13 Pallets of Customer Goods** | |
| | State the term remaining | | **Bubble Beauty Inc.**<br>**c/o Golenbock, Eiseman, Assor Bell & Peskoe LLP**<br>**Attn: Alexander Kaplun, Esq.**<br>**711 Third Avenue, 17th Floor**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **78 Pallets of Customer Goods** | |
| | State the term remaining | | **Cap Hill** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **5 gaylords; 6,000 units of Customer Goods** | |
| | State the term remaining | | **Centric Brands LLC**<br>**Attn: Joseph Monahan**<br>**350 Fifth Avenue**<br>**6th Floor**<br>**New York, NY 10118** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Project Verte Inc.** | | Case number *(if known)* | **23-10101 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **3 Gaylords of Customer Goods** | |
|---|---|---|---|
| | State the term remaining | | **OpenE** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2 Pallets of Returns of Customer Goods** | |
|---|---|---|---|
| | State the term remaining | | **Overnel S.A. d/b/a Trafilea** |
| | List the contract number of any government contract | | **Attn: Santiago Zabala/Juan Pablo Silvera 1294, (WTC Montevideo Free Zone) Office 2402, Montevideo 11300, Uruguay** |

**Fill in this information to identify the case:**

Debtor name    **Project Verte Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-10101 (LSS)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|---|
| 2.1 | | | | | | | ☐ D |
| | | Street | | | | | ☐ E/F |
| | | | | | | | ☐ G |
| | | City | State | Zip Code | | | |
| 2.2 | | | | | | | ☐ D |
| | | Street | | | | | ☐ E/F |
| | | | | | | | ☐ G |
| | | City | State | Zip Code | | | |
| 2.3 | | | | | | | ☐ D |
| | | Street | | | | | ☐ E/F |
| | | | | | | | ☐ G |
| | | City | State | Zip Code | | | |
| 2.4 | | | | | | | ☐ D |
| | | Street | | | | | ☐ E/F |
| | | | | | | | ☐ G |
| | | City | State | Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name  **Project Verte Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **23-10101 (LSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................   $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................   $ _____**Unknown**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................   $ _____**Unknown**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ **See attachment to Schedules D-F.**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $ **640,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ **Approximately 114,676,162.85**

4.   Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b   $ **Approximately 115,316,162.85**

**Fill in this information to identify the case:**

Debtor name __**Project Verte Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**23-10101 (LSS)**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case. Specifically, I am the Court-appointed Receiver for the Debtor. See Case No. 2022-0696-MTZ (Del. Ch. Ct.).

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief..

Executed on __3/27/2023__          x **/s/ Don A. Beskrone**
                                   Signature of individual signing on behalf of debtor

                                   **Don A. Beskrone**
                                   Printed name

                                   **Court-Appointed Receiver for Project Verte Inc.**
                                   Position or relationship to debtor