IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROJECT VERTE INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101-LSS |

NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JUNE 14, 2023 AT 11:00 A.M. EASTERN TIME

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than June 14 , 2023 at 8:00 a.m.**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsd-ysqzMvH6AZ0G1ulOA8iLuPUqeajbk**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**MATTERS GOING FORWARD**

1. Chapter 7 Trustee's Motion for an Order: (a) Approving Bidding Procedures at a Potential Public Auction for the Sale of Certain of the Debtor's Assets and the Proposed Asset Purchase Term Sheet in Conjunction Therewith, and (b) Scheduling the Bid Deadline, Auction Date, and Sale Hearing and Approving the Form and Manner of Notice Thereof; and (2) Following a Subsequent Hearing, Entry of an Order Approving (a) the Sale of the Purchased Assets Under the Agreement to the Purchaser or an Entity or Entities to be Determined at the Auction, Free and Clear of Liens, Claims and Interests, (b) the Agreement and the Obligations Incurred by the Trustee and the Purchaser or Successful Bidder Hereunder, and (c) Granting Related Relief [D.I. 105; Filed June 7, 2023]

    Response Deadline:   May be raised at the hearing on June 14, 2023

    Responses Received:   None to date

146577208

Agenda for Hearing on June 14, 2023 at 11:00 a.m. (Eastern Time.
The Honorable Laurie Selber Silverstein, Chief Judge
Page 2

Related Documents:

| | | |
|---|---|---|
| | A. | Chapter 7 Trustee's Motion for Order Shortening Time Period And Limiting Notice For The Hearing on Chapter 7 Trustee's Motion for an Order: (a) Approving Bidding Procedures at a Potential Public Auction for the Sale of Certain of the Debtor's Assets and the Proposed Asset Purchase Term Sheet in Conjunction Therewith, and (b) Scheduling the Bid Deadline, Auction Date, and Sale Hearing and Approving the Form and Manner of Notice Thereof; and (2) Following a Subsequent Hearing, Entry of an Order Approving (a) the Sale of the Purchased Assets Under the Agreement to the Purchaser or an Entity or Entities to be Determined at the Auction, Free and Clear of Liens, Claims and Interests, (b) the Agreement and the Obligations Incurred by the Trustee and the Purchaser or Successful Bidder Hereunder, and (c) Granting Related Relief [D.I. 106; filed on June 7, 2023] |
| | B. | Order Regarding Motion to Shorten Time Period And Limit Notice For The Hearing on Chapter 7 Trustee's Motion for an Order: (a) Approving Bidding Procedures at a Potential Public Auction for the Sale of Certain of the Debtor's Assets and the Proposed Asset Purchase Term Sheet in Conjunction Therewith, and (b) Scheduling the Bid Deadline, Auction Date, and Sale Hearing and Approving the Form and Manner of Notice Thereof; and (2) Following a Subsequent Hearing, Entry of an Order Approving (a) the Sale of the Purchased Assets Under the Agreement to the Purchaser or an Entity or Entities to be Determined at the Auction, Free and Clear of Liens, Claims and Interests, (b) the Agreement and the Obligations Incurred by the Trustee and the Purchaser or Successful Bidder Hereunder, and (c) Granting Related Relief [D.I. 107; signed on June 8, 2023] |
| | C. | Certificate of Service Regarding Chapter 7 Trustee's Motion for an Order: (a) Approving Bidding Procedures at a Potential Public Auction for the Sale of Certain of the Debtor's Assets and the Proposed Asset Purchase Term Sheet in Conjunction Therewith, and (b) Scheduling the Bid Deadline, Auction Date, and Sale Hearing and Approving the Form and Manner of Notice Thereof; and (2) Following a Subsequent Hearing, Entry of an Order Approving (a) the Sale of the Purchased Assets Under the Agreement to the Purchaser or an Entity or Entities to be Determined at the |

146577208

Agenda for Hearing on June 14, 2023 at 11:00 a.m. (Eastern Time.
The Honorable Laurie Selber Silverstein, Chief Judge
Page 2

|  |  |
|---|---|
|  | Auction, Free and Clear of Liens, Claims and Interests, (b) the Agreement and the Obligations Incurred by the Trustee and the Purchaser or Successful Bidder Hereunder, and (c) Granting Related Relief [D.I. 108; Filed on June 8, 2023] |
| D. | Proposed Order Granting Chapter 7 Trustee's Motion for an Order: (a) Approving Bidding Procedures at a Potential Public Auction for the Sale of Certain of the Debtor's Assets and the Proposed Asset Purchase Term Sheet in Conjunction Therewith, and (b) Scheduling the Bid Deadline, Auction Date, and Sale Hearing and Approving the Form and Manner of Notice Thereof; and (2) Following a Subsequent Hearing, Entry of an Order Approving (a) the Sale of the Purchased Assets Under the Agreement to the Purchaser or an Entity or Entities to be Determined at the Auction, Free and Clear of Liens, Claims and Interests, (b) the Agreement and the Obligations Incurred by the Trustee and the Purchaser or Successful Bidder Hereunder, and (c) Granting Related Relief [D.I. 105-1; Filed on June 7, 2023] |
| Status: | This matter is going forward |

*(Signature page follows)*

Agenda for Hearing on June 14, 2023 at 11:00 a.m. (Eastern Time.
The Honorable Laurie Selber Silverstein, Chief Judge
Page 2

Dated: June 12, 2023
      Wilmington, DE

FOX ROTHSCHILD LLP

By: /s/ Seth A. Niederman
Seth A. Niederman, Esquire
Delaware Bar No. 4588
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

      -and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Counsel for Alfred T. Giuliano,
Chapter 7 Trustee for the estate of Project Verte
Inc.*

**CERTIFICATE OF SERVICE**

    I, Seth A. Niederman, hereby certify that the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on June 12, 2023.

Dated:  June 12, 2023

                                            */s/ Seth A. Niederman*
                                            Seth A. Niederman (DE Bar No. 4588)