IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROJECT VERTE, INC..,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101 (LSS) |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Rule 9010-2(b) of the Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Glenn Agre Bergman & Fuentes LLP (and all attorneys therein) ("Glenn Agre"), and Richards, Layton & Finger, P.A. (and all attorneys therein) ("Richards Layton," and, together with Glenn Agre, the "Firms") hereby withdraw as counsel to Jossef Kahlon and TNJ Holdings Inc. (the "Kahlon Parties") in the above-captioned chapter 7 case (the "Chapter 7 Case")

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that (i) the Kahlon Parties have no controversy pending before the Court; and (ii) the Kahlon Parties consent to the withdrawal of the Firms as their counsel in connection with the Chapter 7 Case.

*[Signature Page Follows]*

| | |
|---|---|
| Dated: June 14, 2023 | /s/ *Amanda R. Steele*<br>Amanda R. Steele (No. 5330)<br>David T. Queroli (No. 6318)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: steele@rlf.com<br>         queroli@rlf.com<br><br>-and-<br><br>Michael Paul Bowen (admitted *pro hac vice*)<br>Kurt A. Mayr (admitted *pro hac vice*)<br>Shai Schmidt (admitted *pro hac vice*)<br>Margaret J. Lovric (admitted *pro hac vice*)<br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>Email: mbowen@glennagre.com<br>         kmayr@glennagre.com<br>         sschmidt@glennagre.com<br>         mlovric@glennagre.com |