**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2023, I served or caused to be served the foregoing *AJ Group Creditors' Objection to Chapter 7 Trustee's Motion for an Order Approving Settlement Agreement by and between the Chapter 7 Trustee and Zuchaer & Zuchaer Consulting LLC* by CM/ECF upon those parties registered to receive such electronic notifications in these cases and by electronic mail upon the following:

| | |
|---|---|
| Seth A. Niederman<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899-2323<br>sniederman@foxrothschild.com | Michael G. Menkowitz<br>Jesse M. Harris<br>Fox Rothschild LLP<br>2000 Market Street, Twentieth Floor<br>Philadelphia, PA 19103-3222<br>mmenkowitz@foxrothschild.com<br>jesseharris@foxrothschild.com |

                                          */s/ Stanley B. Tarr*
                                          Stanley B. Tarr (DE No. 5535)