**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| PROJECT VERTE INC., | Case No. 23-10101-LSS |
| Debtor. | |

**NOTICE OF INCREASE OF HOURLY RATES FOR FOX ROTHSCHILD LLP**

PLEASE TAKE NOTICE that the firm of Fox Rothschild LLP, serving as counsel to Alfred T. Giuliano, Chapter 7 Trustee, has adjusted its hourly rates, effective as of January 1, 2024, in accordance with the attached **Exhibit "A".**

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE  19899-2323
(302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

*Attorneys for Alfred T. Giuliano, Chapter 7 Trustee*

Dated:  February 20, 2024

154976325.1

## **EXHIBIT "A"**

| Professional | Previous Hourly Rate | Hourly Rate as of 1/1/24 |
|---|---|---|
| Michael G. Menkowitz | $1,075 | $1,160 |
| Seth A. Niederman | $675 | $755 |
| Jesse M. Harris | $490 | $550 |
| Robin I. Solomon | $460 | $495 |
| Marcia Steen | $435 | $460 |

154976325.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Increase of Hourly Rates was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, on February 20, 2024.

                                                    */s/ Seth A. Niederman*
                                                    Seth A. Niederman (No. 4588)

                                                    *Counsel for Alfred T. Giuliano, Chapter 7 Trustee*

Dated:  February 20, 2024

154976325.1