# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PROJECT VERTE INC., | Case No. 23-10101-LSS |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MAY 16, 2024 AT 9:30 A.M. EASTERN TIME**

**MATTERS UNDER CNO**

1. Motion for Entry of an Order Authorizing the Retention and Employment of (I) Meyers, Saxon & Cole; and (II) the Law Office of Donald E. Sternberg as Special Collections Counsel on Behalf of Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and L.B.R. 2014-1 [Docket No. 158; Filed April 17, 2024]

    Response Deadline:    May 1, 2024 at 4:00pm ET

    Responses Received:    None.

    Related Documents:

        A.    Certification of No Objection [Docket No. 161; Filed May 14, 2024]

    Status:    A Certification of No Objection has been filed.

*[Signature Page to Follow]*

158494326.1

Dated: May 14, 2024
      Wilmington, DE

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire
Delaware Bar No. 4588
1201 North Market Street, Suite 1200
Wilmington, DE 19801
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

      -and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee for the estate of Project Verte Inc.*

158494326.1

## **CERTIFICATE OF SERVICE**

I, Seth A. Niederman, hereby certify that the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on May 14, 2024.

Dated:  May 14, 2024

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)

158494326.1