**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PROJECT VERTE INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101-LSS<br><br>**Related D.I. 22** |

**AFFIDAVIT OF MICHAEL G. MENKOWITZ, ESQUIRE**

| | |
|---|---|
| STATE OF PENNSYLVANIA | : |
| | :   SS |
| COUNTY OF PHILADELPHIA | : |

MICHAEL G. MENKOWITZ, being duly sworn according to law, deposes and says:

1. I am a partner of the law firm Fox Rothschild LLP ("Fox Rothschild"), with offices located at Two Commerce Square, 2001 Market Street, Suite 1700, Philadelphia, PA 19103, and I am admitted to practice law in the Commonwealth of Pennsylvania and in the State of New Jersey. Unless otherwise stated in this Affidavit (the "Affidavit"), I have personal knowledge of the facts set forth herein, or knowledge of such facts based upon the information contained in the books and records of Fox Rothschild.

2. This Affidavit is being submitted as a supplement to my prior Affidavit, dated February 15, 2023 (the "Original Affidavit"), filed in support of the *Motion for Order Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Alfred T, Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, And Del. Bankr. L.R. 2014-1, Nunc Pro Tunc to January 27, 2023* (the "Motion") [D.I. 22]. On March 15, 2023, this Court entered the *Order Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Alfred T, Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, And Del. Bankr. L.R. 2014-1, Nunc Pro Tunc to January 27, 2023* [D.I. 77].

2

      3.      As anticipated in the Original Affidavit, this Affidavit is being submitted to supplement information disclosed in the Original Affidavit, as additional information regarding parties in interest has become available.

      4.      It has come to my attention that JP Morgan Chase Bank, N.A. ("Chase") may have received certain pre-petition transfers from the Debtor that may be recoverable by the Trustee, pursuant to 11 U.S.C. §§ 547 and 548.

      5.      Fox Rothschild has previously represented Chase in matters unrelated to this bankruptcy case. To the best of my knowledge, Chase has not generated revenue for Fox Rothschild in an amount of one percent (1%) or more of Fox Rothschild's gross revenue in any calendar year.

      6.      To the extent the Trustee decides to pursue a claim against Chase to recover the pre-petition transfers, the Trustee will seek approval from this Court to employ special counsel.

      7.      I file this Affidavit merely to disclose the additional connection.

Dated: November 21, 2024                              */s/ Michael G. Menkowitz*
                                                              Michael G. Menkowitz