**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| PROJECT VERTE INC., | Case No. 23-10101-LSS |
| Debtor. | |

NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON DECEMBER 12, 2024 AT 10:45 A.M. EASTERN TIME

> **All hearings before Judge Silverstein are in person. Remote appearances must be approved by Chambers.**
>
> **To attend a hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**
>
> **The deadline to register for remote attendance is 4:00 p.m.**

MATTERS UNDER CNO

1. Motion for an Order Approving Stipulation Between the Chapter 7 Trustee and GreyOrange GMBH Under Fed. R. Bankr. P. 9019 [D.I. 165; Filed November 19, 2024]

    Response Deadline: December 4, 2024 at 4:00pm ET

    Responses Received: None.

    Related Documents:

    A. Proposed Order Approving Stipulation Between the Chapter 7 Trustee and GreyOrange GMBH Under Fed. R. Bankr. P. 9019 [D.I. 165- 2; Filed November 19, 2024]

    B. Certification of No Objection [Docket No. 168; Filed December 6, 2024]

    Status: Certification of No Objection has been filed.

    *[Signature Page to Follow]*

165750370.2

Dated: December 9, 2024
        Wilmington, DE

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire
Delaware Bar No. 4588
1201 North Market Street, Suite 1200
Wilmington, DE 19801
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee for the estate of Project Verte*
*Inc.*

2

165750370.2

## **CERTIFICATE OF SERVICE**

I, Seth A. Niederman, hereby certify that the foregoing Amended Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on December 9, 2024.

Dated:  December 9, 2024

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)

165750370.2