IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROJECT VERTE INC.,[6]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101-LSS<br><br>Related D.I: 165 |

### ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND GREYORANGE GMBH UNDER FED R. BANKR. P. 9019

Upon consideration of the motion of Alfred T. Giuliano (the "Trustee"), in his capacity as the Chapter 7 trustee for the estate of Project Verte, Inc. (the "Debtor"), seeking the entry of an Order approving the Stipulation (the "Stipulation") between the Trustee and GreyOrange Gmbh ("GreyOrange" and with the Trustee, the "Parties"), pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the Motion and determined that (i) it has jurisdiction over the matters raised in the Motion, pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion and the relief requested therein has been given and no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause appearing therefore,

**THE COURT FINDS AND CONCLUDES,** based on the information set forth in the Motion and the Stipulation, and any hearings held thereon:

A. The Court has jurisdiction over these cases pursuant to 28 U.S.C. § 1334(b).

B. Due and adequate notice of the Motion has been given to all parties entitled thereto, and no other further notice is necessary or required.

---

[6] The last four digits of the Debtor's Employer Identification Number are 2508.

C. A reasonable opportunity to object or to be heard regarding the relief requested in the Motion has been afforded to all interested persons and entities.

D. The terms in the Stipulation are the result of good faith, arms-length negotiations between the Parties and were not achieved by collusion.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDED, AND DECREED**, that:

1. The Motion is GRANTED as set forth herein.

2. The Stipulation by and among the Parties, attached hereto as **Exhibit A** and incorporated by reference herein, is hereby approved pursuant to Fed. R. Bankr. P. 9019.

Dated: December 10th, 2024
Wilmington, Delaware

*[signature]*
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE