IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROJECT VERTE INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101-LSS |

**AMENDED** NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON DECEMBER 12, 2024 AT 10:45 A.M. EASTERN TIME

**HEARING CANCELLED WITH THE COURT'S PERMISSION**

MATTERS UNDER CNO

1. Motion for an Order Approving Stipulation Between the Chapter 7 Trustee and GreyOrange GMBH Under Fed. R. Bankr. P. 9019 [D.I. 165; Filed November 19, 2024]

   Response Deadline:   December 4, 2024 at 4:00pm ET

   Responses Received:   None.

   Related Documents:

   A.   Proposed Order Approving Stipulation Between the Chapter 7 Trustee and GreyOrange GMBH Under Fed. R. Bankr. P. 9019 [D.I. 165- 2; Filed November 19, 2024]

   B.   Certification of No Objection [Docket No. 168; Filed December 6, 2024]

   C.   **Order Approving Stipulation Between the Chapter 7 Trustee and GreyOrange GMBH Under Fed. R. Bankr. P. 9019 [D.I. 172; Filed November 10, 2024]**

   **Status:   Order entered.  Hearing cancelled with the Court's permission.**

   *[Signature Page to Follow]*

165815110.1

Dated: December 10, 2024
    Wilmington, DE

    Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire
Delaware Bar No. 4588
1201 North Market Street, Suite 1200
Wilmington, DE 19801
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

    -and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee for the estate of Project Verte Inc.*

**CERTIFICATE OF SERVICE**

    I, Seth A. Niederman, hereby certify that the foregoing Amended Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on December 10, 2024.

Dated: December 10, 2024

                                            */s/ Seth A. Niederman*
                                            Seth A. Niederman (DE Bar No. 4588)