**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PROJECT VERTE INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101-LSS<br><br>Related D.I. No. 191 |

**CERTIFICATION OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENTS OF CERTAIN PRE-LITIGATION AVIDANCE CLAIMS, PURSUANT TO FED. R. BANKR. P. 9019**

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection, or other responsive pleading to the *Chapter 7 Trustee's Motion for an Order Approving Settlements of Certain Pre-Litigation Avoidance Claims, Pursuant to Fed. R. Bankr, P. 9019* (the "Motion") [Docket No. 191; Filed on February 20, 2025]. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than March 6, 2025 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

*(Signature page follows)*

---

[1] The last four digits of the Debtor's Employer Identification Number are 2508.

|  |  |
|---|---|
| DATED:  March 7, 2025<br>Wilmington, DE | **FOX ROTHSCHILD LLP**<br><br>By:  */s/ Seth A. Niederman*<br>     Seth A. Niederman (DE # 4588)<br>     1201 N. Market St., Suite 1200<br>     Wilmington, DE  19801<br>     (302) 654-7444/Fax (302) 656-8920<br>     sniederman@foxrothschild.com<br><br>          -and-<br><br>     Michael G. Menkowitz<br>     Jesse M. Harris<br>     Two Commerce Square<br>     2001 Market Street, Suite 1700<br>     Philadelphia, PA 19103-3222<br>     (215) 299-2000/Fax (215) 299-2150<br>     mmenkowitz@foxrothschild.com<br>     jesseharris@foxrothschild.com<br><br>     *Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the estate of Project Verte Inc.* |