IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PROJECT VERTE, INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for PROJECT VERTE, INC.<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN BULLARD<br><br>Defendant. | Adv. Pro. No. 25-50061-LSS |

NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MARCH 13, 2025 AT 11:30 A.M. EASTERN TIME

> **All hearings before Judge Silverstein are in person. Remote appearances must be approved by Chambers.**
>
> **To attend a hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**
>
> **The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

MATTERS UNDER CNO

1. Chapter 7 Trustee's Motion for an Order Approving Settlement of the Avoidance Claim Against Stephen Bullard, Pursuant to Fed. R. Bankr, P. 9019 [D.I. 190; Adv. D.I. 3; Filed February 20, 2025]

    Response Deadline:    February 13, 2025 at 4:00pm ET

---

[1] The last four digits of the Debtor's federal tax identification number are 2508.

Responses Received:   None.

Related Documents:

    A.    Proposed Order Approving Chapter 7 Trustee's Motion for an Order Approving Settlement of the Avoidance Claim Against Stephen Bullard, Pursuant to Fed. R. Bankr, P. 9019 [D.I. 190; Filed February 20, 2025]

    B.    Certification of No Objection [Docket No. 193; Adv. D.I. 4; Filed March 7, 2025]

Status:   Certification of No Objection has been filed.

2. Chapter 7 Trustee's Motion for an Order Approving Settlements of Certain Pre-Litigation Avoidance Claims, Pursuant to Fed. R. Bankr, P. 9019 [D.I. 191; Filed February 20, 2025]

Response Deadline:   March 6,, 2025 at 4:00pm ET

Responses Received:   None.

Related Documents:

    A.    Proposed Order Approving Chapter 7 Trustee's Motion for an Order Approving Settlements of Certain Pre-Litigation Avoidance Claims, Pursuant to Fed. R. Bankr, P. 9019 [D.I. 191- 1; Filed February 20, 2025]

    B.    Certification of No Objection [Docket No. 192]; Filed March 7, 2025]

Status:   Certification of No Objection has been filed.

*(Signature page follows)*

Dated: March 11, 2025
      Wilmington, DE

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire
Delaware Bar No. 4588
1201 North Market Street, Suite 1200
Wilmington, DE 19801
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

      -and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Counsel for Alfred T. Giuliano,*
*Chapter 7 Trustee for the estate of Project Verte Inc.*

**CERTIFICATE OF SERVICE**

I, Seth A. Niederman, hereby certify that the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on March 11, 2025.

Dated: March 11, 2025

/s/ Seth A. Niederman
Seth A. Niederman (DE Bar No. 4588)