# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PROJECT VERTE, INC.,[1]<br><br>                     Debtor. | Chapter 7<br><br>Case No. 23-10101 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for PROJECT VERTE, INC.<br><br>                     Plaintiff,<br><br>                 v.<br><br>COMMUNITY INSURANCE COMPANY, d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD<br>and<br>ELEVANCE HEALTH, INC.<br><br>                     Defendants. | Adv. Pro. No. 25-50010 |

**ORDER GRANTING DEFENDANT A FURTHER EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD OR RESPOND TO COMPLAINT**

Upon consideration of the *Stipulation Granting Defendant a Further Extension of Time to Answer, Move, or Otherwise Plead or Respond to Complaint* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

---

[1] The last four digits of the Debtor's federal tax identification number are 2508.

2685820v.1

1. The Stipulation attached hereto as **Exhibit 1** is APPROVED.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to this Order and the Stipulation.

2685820v.1

## **Exhibit 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PROJECT VERTE, INC.,[2]<br><br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-10101 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for PROJECT VERTE, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>COMMUNITY INSURANCE COMPANY, d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD<br>and<br>ELEVANCE HEALTH, INC.<br><br>　　　　　　　Defendants. | Adv. Pro. No. 25-50010 |

**STIPULATION GRANTING DEFENDANT A FURTHER EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD OR RESPOND TO COMPLAINT**

Aldred T. Giuliano, the Chapter 7 Trustee (the "Trustee") for the estate of Project Verte, Inc., by and through his attorneys, and Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield and Elevance Health, Inc. (collectively, the "Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

(1) The Defendants shall have until April 28, 2025, to file an answer, move or otherwise plead or respond to the Trustee's *Complaint of Alfred T. Giuliano, Chapter 7 Trustee for Project Verte, Inc. to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547,*

---

[2] The last four digits of the Debtor's federal tax identification number are 2508.

2685820v.1

*548, and 550* [A.D.I. 1] (the "Complaint"), without prejudice to the Trustee's or Defendants' right to obtain a further extension through stipulation or order of the Court.

Dated: March 21, 2025

| **STEVENS & LEE P.C.** | **TROUTMAN PEPPER LOCKE LLP** |
|---|---|
| */s/ Joseph H. Huston, Jr.* <br> Joseph H. Huston, Jr. (No. 4035) <br> 919 North Market Street <br> Suite 1300 <br> Wilmington, DE 19801 <br> Tel: (302)425-3310 <br> Fax: (610) 371-7972 <br> Email: jhh@stevenslee.com <br> -and- <br> Jason Manfrey <br> 620 Freedom Business Center, Suite 200 <br> King of Prussia, PA 19406 <br> Telephone (610) 205-6054 <br> Facsimile (610) 371-7958 <br> Email: jason.manfrey@stevenslee.com <br><br> *Special counsel for Alfred T. Giuliano, chapter 7 Trustee for Project Verte, Inc* | /s/ *Tori L. Remington* <br> Tori L. Remington (DE 6901) <br> Hercules Plaza, Suite 1000 <br> 1313 N. Market Street <br> Wilmington, Delaware 19899-1709 <br> Telephone: 302.777.6500 <br> Email:  tori.remington@troutman.com <br><br> -and- <br><br> Matthew R. Brooks <br> 875 Third Avenue <br> New York, NY 10022 <br> Telephone: 212.704.6047 <br> Email:  matthew.brooks@troutman.com <br><br> *Counsel for Defendants* |