## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| PROJECT VERTE, INC.,[1] | Case No. 23-10101 (LSS) |
| Debtor. | |
| ALFRED T. GIULIANO, Chapter 7 Trustee for PROJECT VERTE, INC. | |
| Plaintiff, | Adv. Pro. No. 25-50010 |
| v. | |
| COMMUNITY INSURANCE COMPANY, d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD and ELEVANCE HEALTH, INC. | |
| Defendants. | |

### ORDER GRANTING DEFENDANT A FURTHER EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD OR RESPOND TO COMPLAINT

Upon consideration of the *Stipulation Granting Defendant a Further Extension of Time to Answer, Move, or Otherwise Plead or Respond to Complaint* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

---

1    The last four digits of the Debtor's federal tax identification number are 2508.

1.     The Stipulation attached hereto as **Exhibit 1** is APPROVED.

2.     The Court shall retain jurisdiction with respect to all matters arising from or related to this Order and the Stipulation.


**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY** JUDGE

**Dated:**   March 28, 2025
               **Wilmington, Delaware**

2

**<u>Exhibit 1</u>**

**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| PROJECT VERTE, INC.,[2] | Case No. 23-10101 (LSS) |
| Debtor. | |
| ALFRED T. GIULIANO, Chapter 7 Trustee for PROJECT VERTE, INC. | |
| Plaintiff, | Adv. Pro. No. 25-50010 |
| v. | |
| COMMUNITY INSURANCE COMPANY, d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD and ELEVANCE HEALTH, INC. | |
| Defendants. | |

## STIPULATION GRANTING DEFENDANT A FURTHER EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD OR RESPOND TO COMPLAINT

Aldred T. Giuliano, the Chapter 7 Trustee (the "Trustee") for the estate of Project Verte, Inc., by and through his attorneys, and Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield and Elevance Health, Inc. (collectively, the "Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

(1) The Defendants shall have until April 28, 2025, to file an answer, move or otherwise plead or respond to the Trustee's *Complaint of Alfred T. Giuliano, Chapter 7 Trustee for Project Verte, Inc. to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547,*

---

[2] The last four digits of the Debtor's federal tax identification number are 2508.

2685820v.1

*548, and 550* [A.D.I. 1] (the "Complaint"), without prejudice to the Trustee's or

Defendants' right to obtain a further extension through stipulation or order of the Court.

Dated: March 21, 2025

**STEVENS & LEE P.C.**

**TROUTMAN PEPPER LOCKE LLP**


*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street
Suite 1300
Wilmington, DE 19801
Tel: (302) 425-3310
Fax: (610) 371-7972
Email: jhh@stevenslee.com
-and-
Jason Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone (610) 205-6054
Facsimile (610) 371-7958
Email: jason.manfrey@stevenslee.com

*Special counsel for Alfred T. Giuliano,*
*chapter 7 Trustee for Project Verte, Inc*

*/s/ Tori L. Remington*
Tori L. Remington (DE 6901)
Hercules Plaza, Suite 1000
1313 N. Market Street
Wilmington, Delaware 19899-1709
Telephone: 302.777.6500
Email: tori.remington@troutman.com

-and-

Matthew R. Brooks
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6047
Email: matthew.brooks@troutman.com


*Counsel for Defendants*

2685820v.1