# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PROJECT VERTE, INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10101 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for PROJECT VERTE, INC.<br><br>Plaintiff,<br><br>v.<br><br>AUCTANE LLC<br><br>Defendant. | Adv. Pro. No. 25-50058-LSS |

NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MAY 8, 2025 AT 10:15 A.M. EASTERN TIME

**HEARING CANCELLED WITH THE COURT'S PERMISSION**

MATTERS UNDER CNO

1. Chapter 7 Trustee's Motion for an Order Approving Settlement of Pre-Litigation Avoidance Claim Against American Express National Bank, Pursuant to Fed. R. Bankr, P. 9019 [D.I. 200; Filed March 26, 2025]

    Response Deadline:    April 9, 2025 at 4:00pm ET

    Responses Received:    None.

    Related Documents:

        A.    Certification of No Objection [D.I. 204; Filed April 15, 2025]

---

[1] The last four digits of the Debtor's federal tax identification number are 2508.

171603651.1

2

   B. Order Approving Settlement of Pre-Litigation Avoidance Claim Against American Express National Bank, Pursuant to Fed. R. Bankr, P. 9019 [D.I. 206; Filed April 17, 2025

 Status: Order entered. Hearing cancelled with the Court's permission.

2. Chapter 7 Trustee's Motion for an Order Approving Settlement of Avoidance Claim Against Auctane LLC, Pursuant to Fed. R. Bankr, P. 9019 [D.I. 201; Adv. No. 3; Filed March 26 2025]

 Response Deadline: April 9, 2025 at 4:00pm ET

 Responses Received: None.

 Related Documents:

   A. Certification of No Objection [Docket No. 203; Adv. No. 4; Filed April 15, 2025]

   B. Order Approving Chapter 7 Trustee's Motion for an Order Approving Settlement of Avoidance Claim Against Auctane LLC, Pursuant to Fed. R. Bankr. P. 9019 [D.I. 205; Adv. No. 5; Filed April 16, 2025]

 Status: Order entered. Hearing cancelled with the Court's permission.

*(Signature page follows)*

Dated: May 2, 2025
      Wilmington, DE

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman, Esquire
Delaware Bar No. 4588
1201 North Market Street, Suite 1200
Wilmington, DE 19801
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

      -and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
Matthew A. Skolnick, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA  19103-3222
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com
mskolnick@foxrothschild.com

*Counsel for Alfred T. Giuliano,
Chapter 7 Trustee for the estate of Project Verte Inc.*

171603651.1

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered and authorized to receive such notice, on May 2, 2025.

Dated: May 2, 2025

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)

171603651.1